**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

**Eastern District of Texas**

Case number (if known): _____   Chapter __11__

☐ Check if this is an amended filing

## Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy                06/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | |
|---|---|
| **1. Debtor's name** | **Lone Star Logistics and Delivery, LLC** |

**2. All other names debtor used in the last 8 years**

Include any assumed names, trade names, and *doing business as names*

**Lone Star Logistics and Delivery**

**3. Debtor's federal Employer Identification Number (EIN)**

8 4 – 2 9 1 7 6 0 8

**4. Debtor's address**

**Principal place of business**

**5211 Spanish Oaks**

Number        Street

**Frisco, TX 75034**
City                        State    ZIP Code

**Denton**
County

**Mailing address, if different from principal place of business**

Number        Street

City                        State    ZIP Code

**Location of principal assets, if different from principal place of business**

Number        Street

City                        State    ZIP Code

**5. Debtor's website (URL)**

**6. Type of debtor**

☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

| Debtor | **Lone Star Logistics and Delivery, LLC** | Case number *(if known)* _____ |
|---|---|---|
| | Name | |

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. §781(3))

☑ None of the above

B. *Check all that apply:*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)

☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See
http://www.uscourts.gov/four-digit-national-association-naics-codes .

**4  9  2  1**

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first subbox. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box

*Check one:*

☐ Chapter 7

☐ Chapter 9

☑ Chapter 11. *Check **all** that apply:*

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☑ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

☑ No

☐ Yes. District _____ When _____ Case number _____
MM / DD / YYYY

District _____ When _____ Case number _____
MM / DD / YYYY

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list.

☑ No

☐ Yes. Debtor _____ Relationship _____

District _____ When _____
MM / DD / YYYY

Case number, if known _____

| Debtor | **Lone Star Logistics and Delivery, LLC** | Case number *(if known)* |
|---|---|---|
| | Name | |

| | | |
|---|---|---|
| **11. Why is the case filed in *this district*?** | *Check all that apply:* | |
| | ☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district. | |
| | ☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district. | |

| | | |
|---|---|---|
| **12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?** | ☑ No | |
| | ☐ Yes.  Answer below for each property that needs immediate attention. Attach additional sheets if needed. | |
| | **Why does the property need immediate attention?** *(Check all that apply.)* | |
| | ☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety. | |
| | What is the hazard?  _____ | |
| | _____ | |
| | ☐ It needs to be physically secured or protected from the weather. | |
| | ☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options). | |
| | ☐ Other | |
| | **Where is the property?** _____ | |
| | _____ | |
| | Number    Street | |
| | _____ | |
| | _____ | |
| | City                         State   ZIP Code | |
| | **Is the property insured?** | |
| | ☐ No | |
| | ☐ Yes.   Insurance agency  _____ | |
| | Contact name  _____ | |
| | Phone  _____ | |

## Statistical and administrative information

| | | | |
|---|---|---|---|
| **13. Debtor's estimation of available funds?** | *Check one:* | | |
| | ☐ Funds will be available for distribution to unsecured creditors. | | |
| | ☑ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors. | | |

| **14. Estimated number of creditors** | ☑ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
|---|---|---|---|
| | ☐ 50-99 | ☐ 5,001-10,000 | ☐ 50,000-100,000 |
| | ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than 100,000 |
| | ☐ 200-999 | | |

| **15. Estimated assets** | ☐ $0-$50,000 | ☐ $1,000,001-$10 million | ☐ $500,000,001-$1 billion |
|---|---|---|---|
| | ☐ $50,001-$100,000 | ☐ $10,000,001-$50 million | ☐ $1,000,000,001-$10 billion |
| | ☐ $100,001-$500,000 | ☐ $50,000,001-$100 million | ☐ $10,000,000,001-$50 billion |
| | ☑ $500,001-$1 million | ☐ $100,000,001-$500 million | ☐ More than $50 billion |

| Debtor | **Lone Star Logistics and Delivery, LLC** | Case number *(if known)* |
|---|---|---|
| | Name | |

**16. Estimated liabilities**

- ☐ $0-$50,000
- ☐ $50,001-$100,000
- ☐ $100,001-$500,000
- ☑ $500,001-$1 million

- ☐ $1,000,001-$10 million
- ☐ $10,000,001-$50 million
- ☐ $50,000,001-$100 million
- ☐ $100,000,001-$500 million

- ☐ $500,000,001-$1 billion
- ☐ $1,000,000,001-$10 billion
- ☐ $10,000,000,001-$50 billion
- ☐ More than $50 billion

## Request for Relief, Declaration, and Signatures

**WARNING --**   Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

- ■ The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.
- ■ I have been authorized to file this petition on behalf of the debtor.
- ■ I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **06/07/2024**
MM/ DD/ YYYY

X **/s/ Brian Anthony Blackmire**
Signature of authorized representative of debtor

**Brian Anthony Blackmire**
Printed name

Title   **Director and Owner**

**18. Signature of attorney**

X **/s/ Michael S. Mitchell**   Date **06/07/2024**
Signature of attorney for debtor   MM/ DD/ YYYY

**Michael S. Mitchell**
Printed name

**DeMarco Mitchell, PLLC**
Firm name

**500 N. Central Expressway Suite 500**
Number      Street

**Plano**   **TX**   **75074**
City   State   ZIP Code

**(972) 578-1400**   **mike@demarcomitchell.com**
Contact phone   Email address

**00788065**   **TX**
Bar number   State

**THE STATE OF TEXAS**

**COUNTY OF COLLIN**

**CERTIFICATE OF RESOLUTION**

BEFORE ME, the undersigned authority, on this day personally appeared **Brian Blackmire**, known to me, who, being first by me duly sworn, did state that he is the sole managing member of **Lone Star Logistics and Delivery, LLC**, a Texas Limited Liability Company (the "LLC"), and that the following is a correct representation of a resolution unanimously adopted by the LLC on June 6, 2024 :

"BE IT RESOLVED:  That in the judgment of the member(s) of the LLC, it is desirable and for the best interests of the LLC, its creditors, and other interested parties, that a petition be filed by the LLC under the provisions of Chapter 11 of the United States Bankruptcy Code; and

BE IT FURTHER RESOLVED:  That by unanimous consent of each and every managing member of the LLC and further by the unanimous consent of any additional members of the LLC, the managing member be and he is hereby authorized and directed to take whatever action is necessary, specifically including, but not by way of limitation, the authority to enter into and execute any and all instruments or agreements necessary to secure for the LLC the relief accorded under Chapter 11 of the United States Bankruptcy Code; the sole and full discretion concerning the time of filing of these bankruptcy proceedings to be left to the sole discretion of the managing member.

BE IT FURTHER RESOLVED:  That DeMarco·Mitchell, PLLC of Dallas and Plano, Texas, shall be retained as attorneys for the LLC, for the purpose of instituting such proceedings under the Bankruptcy Code and performing such services as counsel for the LLC as the member(s) may deem appropriate and, without limiting the generality of the foregoing, obtaining a successful liquidation of the LLC's assets and/or successful termination of bankruptcy proceedings.

Name: Brian Blackmire
Title:   Managing Member

**THE STATE OF TEXAS**

**COUNTY OF COLLIN**

BEFORE ME, the undersigned, a Notary Public in and for said State, on this day personally appeared David Blackmire, the Sole Managing Member of Lone Star Logistics and Delivery, LLC, known to be the person whose name is subscribed to the foregoing instrument, and acknowledged to me that the same was the act of said LLC, and that he executed the same as the act of such LLC for the purposes and consideration therein expressed, and in the capacity therein stated.

GIVEN UNDER MY HAND AND SEAL OF OFFICE this 6th day of June, 2024.

Barbara Drake
My Commission Expires
6/3/2028
Notary ID 11853112

Notary Public in and for
The State of Texas

**Fill in this information to identify the case:**

Debtor Name  **Lone Star Logistics and Delivery, LLC**

United States Bankruptcy Court for the: _____ **Eastern** _____ District of _____ **Texas** _____
(State)

Case number (If known): _____

☐ Check if this is an amended filing

Official Form 206A/B

# Schedule A/B: Assets — Real and Personal Property
12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
| --- | --- |

1. **Does the debtor have any cash or cash equivalents?**

   ☐ No. Go to Part 2.
   ☑ Yes. Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
| --- | --- |

2. **Cash on hand** _____

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
| --- | --- | --- | --- |
| 3.1. **Prosperity Bank** | **Checking account** | **5 6 0 0** | $1,859.92 |
| 3.2. **RBF Credit Union** | **Checking account** | **0 4 8 5** | $12,196.46 |

4. **Other cash equivalents** *(Identify all)*

   4.1 _____ _____

   4.2 _____ _____

5. **Total of Part 1**

   Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.    | $14,056.38 |

| Part 2: | Deposits and prepayments |
| --- | --- |

6. **Does the debtor have any deposits or prepayments?**

   ☐ No. Go to Part 3.
   ☑ Yes. Fill in the information below.

|  | Current value of debtor's interest |
| --- | --- |

7. **Deposits, including security deposits and utility deposits**

   Description, including name of holder of deposit

Debtor    **Lone Star Logistics and Delivery, LLC**_____    Case number *(if known)* _____
    Name

| 7.1 | **Amazon** | $52,500.00 |

8. **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**

   Description, including name of holder of prepayment

   8.1 _____    _____

   8.2 _____    _____

9. **Total of Part 2**

   Add lines 7 through 8. Copy the total to line 81.    $52,500.00

### Part 3:    Accounts receivable

10. **Does the debtor have any accounts receivable?**

    ☐ No. Go to Part 4.
    ☑ Yes. Fill in the information below.

    |  |  | **Current value of debtor's interest** |

11. **Accounts receivable**

    11a. 90 days old or less:    **$346,253.00**    -    **unknown**    =..... ➡    $346,253.00
    face amount    doubtful or uncollectible accounts

    11b. Over 90 days old:    _____    -    _____    =..... ➡    _____
    face amount    doubtful or uncollectible accounts

12. **Total of Part 3**

    Current value on lines 11a + 11b = line 12. Copy the total to line 82.    $346,253.00

### Part 4:    Investments

13. **Does the debtor own any investments?**

    ☑ No. Go to Part 5.
    ☐ Yes. Fill in the information below.

    |  | **Valuation method used for current value** | **Current value of debtor's interest** |

14. **Mutual funds or publicly traded stocks not included in Part 1**

    Name of fund or stock:

    14.1 _____    _____    _____

    14.2 _____    _____    _____

15. **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**

    Name of entity:    % of ownership:

    15.1. _____    _____    _____    _____

    15.2. _____    _____    _____    _____

Debtor  **Lone Star Logistics and Delivery, LLC**                              Case number *(if known)* _____
_____
Name

| | |
|---|---|
| **16.** | **Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1** |

Describe:

16.1 _____   _____   _____

16.2 _____   _____   _____

**17.** **Total of Part 4**

Add lines 14 through 16. Copy the total to line 83.                                    ┌──────────────┐
                                                                                      └──────────────┘

---

**Part 5:** Inventory, excluding agriculture assets

**18.** **Does the debtor own any inventory (excluding agriculture assets)?**

☑ No. Go to Part 6.

☐ Yes. Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| **19.** **Raw materials** | | | | |
| _____ | MM / DD / YYYY | _____ | _____ | _____ |
| **20.** **Work in progress** | | | | |
| _____ | MM / DD / YYYY | _____ | _____ | _____ |
| **21.** **Finished goods, including goods held for resale** | | | | |
| _____ | MM / DD / YYYY | _____ | _____ | _____ |
| **22.** **Other inventory or supplies** | | | | |
| _____ | MM / DD / YYYY | _____ | _____ | _____ |

**23.** **Total of Part 5**

Add lines 19 through 22. Copy the total to line 84.                                    ┌──────────────┐
                                                                                      └──────────────┘

**24.** **Is any of the property listed in Part 5 perishable?**

☑ No

☐ Yes

**25.** **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**

☑ No

☐ Yes.  Book value _____  Valuation method _____  Current value _____

**26.** **Has any of the property listed in Part 5 been appraised by a professional within the last year?**

☑ No

☐ Yes

---

**Part 6:** Farming and fishing-related assets (other than titled motor vehicles and land)

---

Debtor   **Lone Star Logistics and Delivery, LLC**   Case number *(if known)* _____
　　　　　Name

---

**27.** **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☑ No. Go to Part 7.

☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **28.** **Crops—either planted or harvested** | | | |
| **29.** **Farm animals** *Examples:* Livestock, poultry, farm-raised fish | | | |
| **30.** **Farm machinery and equipment** (Other than titled motor vehicles) | | | |
| **31.** **Farm and fishing supplies, chemicals, and feed** | | | |
| **32.** **Other farming and fishing-related property not already listed in Part 6** | | | |

**33.** **Total of Part 6**
Add lines 28 through 32. Copy the total to line 85.

| _____ |
|---|

**34.** **Is the debtor a member of an agricultural cooperative?**

☑ No

☐ Yes. Is any of the debtor's property stored at the cooperative?

　　☐ No
　　☐ Yes

**35.** **Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**

☑ No

☐ Yes.  Book value _____  Valuation method _____  Current value _____

**36.** **Is a depreciation schedule available for any of the property listed in Part 6?**

☑ No

☐ Yes

**37.** **Has any of the property listed in Part 6 been appraised by a professional within the last year?**

☑ No

☐ Yes

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |
|---|---|

**38.** **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No. Go to Part 8.

☑ Yes. Fill in the information below.

---

Debtor    **Lone Star Logistics and Delivery, LLC**                                    Case number *(if known)* _____
           _____
           Name

| | General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 39. | **Office furniture** | _____ | _____ | _____ |
| 40. | **Office fixtures** | _____ | _____ | _____ |
| 41. | **Office equipment, including all computer equipment and communication systems equipment and software** | | | |
| | **2 Dell Laptop Computers** | unknown | **Estimated current market value** | **$600.00** |
| | **100 Motorola G Power Cell Phones** | unknown | **Estimated Current Market Value** | **$7,500.00** |
| | **2 computer printers** | unknown | **Estimated current market value** | **$200.00** |
| 42. | **Collectibles** *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |
| | 42.1 _____ | _____ | _____ | _____ |
| | 42.2 _____ | _____ | _____ | _____ |
| | 42.3 _____ | _____ | _____ | _____ |
| 43. | **Total of Part 7** Add lines 39 through 42. Copy the total to line 86. | | | **$8,300.00** |

44. **Is a depreciation schedule available for any of the property listed in Part 7?**

☑ No
☐ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**

☑ No
☐ Yes

| **Part 8:** | Machinery, equipment, and vehicles |
|---|---|

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No. Go to Part 9.
☑ Yes. Fill in the information below.

| General description Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 47. **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1 **2022 Chevrolet Silverado** / VIN: 3GCPWBEK7NG118519 | unknown | **NADA** | **$39,500.00** |

Debtor   **Lone Star Logistics and Delivery, LLC**                                    Case number *(if known)* _____
Name

| | | | |
|---|---|---|---|
| 47.2 **2024 Cadillac Escalade Premium Luxury / VIN: 1GYS4LKL5RR166376** | unknown | NADA | $90,000.00 |
| 47.3 **2021 Bentley Bentayga / VIN: SJAAM2ZV5MC033908** | unknown | NADA | $145,000.00 |
| 47.4 **70 Leased Delivery Vans (See Attached Exhibit "A" for Descriptions)** | unknown | NADA | unknown |

48. **Watercraft, trailers, motors, and related accessories** Examples: Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels

    48.1 _____

    48.2 _____

49. **Aircraft and accessories**

    49.1 _____

    49.2 _____

50. **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**

51. **Total of Part 8**

    Add lines 47 through 50. Copy the total to line 87.                    | $274,500.00 |

52. **Is a depreciation schedule available for any of the property listed in Part 8?**

    ☑ No

    ☐ Yes

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**

    ☑ No

    ☐ Yes

## Part 9:   Real property

54. **Does the debtor own or lease any real property?**

    ☑ No. Go to Part 10.

    ☐ Yes. Fill in the information below.

55. **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1 | | | | |
| 55.2 | | | | |
| 55.3 | | | | |
| 55.4 | | | | |

Debtor    **Lone Star Logistics and Delivery, LLC**                                    Case number *(if known)* _____
         Name

|      | 55.5 | _____ | _____ | _____ | _____ | _____ |
|      | 55.6 | _____ | _____ | _____ | _____ | _____ |

**56.** **Total of Part 9**

Add the current value on lines 55.1 through 55.6 and entries from any additional sheets. Copy the total to line 88.

⬚ _____

**57.** **Is a depreciation schedule available for any of the property listed in Part 9?**

☑ No

☐ Yes

**58.** **Has any of the property listed in Part 9 been appraised by a professional within the last year?**

☑ No

☐ Yes

| Part 10: | Intangibles and intellectual property |

**59.** **Does the debtor have any interests in intangibles or intellectual property?**

☑ No. Go to Part 11.

☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest  (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **60.** **Patents, copyrights, trademarks, and trade secrets** | | | |
| _____ | _____ | _____ | _____ |
| **61.** **Internet domain names and websites** | | | |
| _____ | _____ | _____ | _____ |
| **62.** **Licenses, franchises, and royalties** | | | |
| _____ | _____ | _____ | _____ |
| **63.** **Customer lists, mailing lists, or other compilations** | | | |
| _____ | _____ | _____ | _____ |
| **64.** **Other intangibles, or intellectual property** | | | |
| _____ | _____ | _____ | _____ |
| **65.** **Goodwill** | | | |
| _____ | _____ | _____ | _____ |

**66.** **Total of Part 10**

Add lines 60 through 65. Copy the total to line 89.

⬚ _____

**67.** **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C. §§ 101(41A) and 107)?

☑ No

☐ Yes

Debtor    **Lone Star Logistics and Delivery, LLC**_____    Case number *(if known)*_____

      Name

---

68.   **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**

     ☑ No

     ☐ Yes

69.   **Has any of the property listed in Part 10 been appraised by a professional within the last year?**

     ☑ No

     ☐ Yes

| Part 11: | All other assets |
|---|---|

70.   **Does the debtor own any other assets that have not yet been reported on this form?**

     Include all interests in executory contracts and unexpired leases not previously reported on this form.

     ☑ No. Go to Part 12.

     ☐ Yes. Fill in the information below.

                                                            **Current value of debtor's interest**

71.   **Notes receivable**

     Description (include name of obligor)

     _____    _____ – _____ = **→**    _____

                         Total face amount     doubtful or uncollectible amount

72.   **Tax refunds and unused net operating losses (NOLs)**

     Description (for example, federal, state, local)

     _____    Tax year _____    _____

     _____    Tax year _____    _____

     _____    Tax year _____    _____

73.   **Interests in insurance policies or annuities**

     _____    _____

74.   **Causes of action against third parties (whether or not a lawsuit has been filed)**

     _____    _____

     **Nature of claim**   _____

     **Amount requested**   _____

75.   **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

     _____    _____

     **Nature of claim**   _____

     **Amount requested**   _____

76.   **Trusts, equitable or future interests in property**

     _____    _____

---

Debtor  **Lone Star Logistics and Delivery, LLC**                           Case number *(if known)* _____
        _____
        Name

77. **Other property of any kind not already listed** *Examples:* Season
    tickets, country club membership

    _____          _____

    _____          _____

78. **Total of Part 11**                                                    ┌──────────────┐
                                                                            │              │
    Add lines 71 through 77. Copy the total to line 90.                     └──────────────┘

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**

    ☑ No

    ☐ Yes

| Part 12: | Summary |
|---|---|

In Part 12 copy all of the totals from the earlier parts of the form.

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1.* | $14,056.38 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $52,500.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $346,253.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | | |
| 84. **Inventory.** *Copy line 23, Part 5.* | | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $8,300.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $274,500.00 | |
| 88. **Real property.** *Copy line 56, Part 9.* ➡ | | _____ |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | | |
| 90. **All other assets.** *Copy line 78, Part 11.* + | | |
| 91. **Total.** *Add lines 80 through 90 for each column* ..........91a. | $695,609.38 | + 91b. _____ |

92. **Total of all property on Schedule A/B.** Lines 91a + 91b = 92. ................................................................    $695,609.38

| vin | vehicleName | licensePlateNumber | year | make | model | subModel | LEASING COMPANY | ownershipStartDate | ownershipEndDate | registeredState | serviceTier |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1FTBR3X84MKA54181 | LONE 51 OLD TNEX 7 | RBL7015 | 2021 | Ford | Transit | 250 3dr LWB High Roof Extended Cargo Van | ELEMENT | 2021-10-21 | 2027-05-21 | TX - Texas | EXTRA_LARGE_CARGO_VAN |
| 1FYRX3XM0KKB34257 | LONE 14 | MRP9793 | 2019 | Ford | Transit | 250 3dr LWB High Roof Extended Cargo Van w/Sliding Passenger Side Door | ELEMENT | 2019-10-21 | 2025-05-21 | TX - Texas | EXTRA_LARGE_CARGO_VAN |
| 1FYRX3XM0KKB34201 | LONE 20 | MTJ6357 | 2019 | Ford | Transit | 250 3dr LWB High Roof Extended Cargo Van w/Sliding Passenger Side Door | ELEMENT | 2019-12-05 | 2025-07-05 | TX - Texas | EXTRA_LARGE_CARGO_VAN |
| 1FYRX3XM9KKB34211 | LONE 10 | MRP1223 | 2019 | Ford | Transit | 250 3dr LWB High Roof Extended Cargo Van w/Sliding Passenger Side Door | ELEMENT | 2019-10-16 | 2025-05-16 | TX - Texas | EXTRA_LARGE_CARGO_VAN |
| 1F65F5KY8KDA16621 | LONE 109 - SV | NN83743 | 2019 | Ford | Stripped Chassis | 4X2 Chassis 178.2-228.2 in. WB | ELEMENT | 2020-08-24 | 2026-03-24 | TX - Texas | STEP_VAN_MEDIUM |
| 1FYRX3XM5KKB34223 | LONE 15 | MRN8204 | 2019 | Ford | Transit | 250 3dr LWB High Roof Extended Cargo Van w/Sliding Passenger Side Door | ELEMENT | 2019-10-21 | 2026-06-21 | TX - Texas | EXTRA_LARGE_CARGO_VAN |
| 1FYRX3XM8KKB34264 | LONE 18 | MTJ2856 | 2019 | Ford | Transit | 250 3dr LWB High Roof Extended Cargo Van w/Sliding Passenger Side Door | ELEMENT | 2019-11-21 | 2026-07-01 | TX - Texas | EXTRA_LARGE_CARGO_VAN |
| 1FYRX3XM9KKB34256 | LONE 6 | MRP7531 | 2019 | Ford | Transit | 250 3dr LWB High Roof Extended Cargo Van w/Sliding Passenger Side Door | ELEMENT | 2019-10-16 | 2025-05-16 | TX - Texas | EXTRA_LARGE_CARGO_VAN |
| 1FTBR3X82LKA74440 | LONE 24 | NBR9173 | 2020 | Ford | Transit | 250 3dr LWB High Roof Extended Cargo Van | ELEMENT | 2020-05-28 | 2027-01-28 | TX - Texas | EXTRA_LARGE_CARGO_VAN |
| 3C6MRVJG2ME579450 | LONE 53 OLD TNEX 12 | RFB7667 | 2021 | Ram | ProMaster | 3500 159 WB 3dr High Roof Extended Cargo Van | ELEMENT | 2021-12-10 | 2027-07-10 | TX - Texas | EXTRA_LARGE_CARGO_VAN |
| 1FTBR3X83LKA47446 | LONE 21 | NFJ9715 | 2020 | Ford | Transit | 250 3dr LWB High Roof Extended Cargo Van | ELEMENT | 2020-05-15 | 2025-12-15 | TX - Texas | EXTRA_LARGE_CARGO_VAN |
| 1FYYR3XM5KKB34237 | LONE 16 | MRP7328 | 2019 | Ford | Transit | 250 3dr LWB High Roof Extended Cargo Van w/Sliding Passenger Side Door | ELEMENT | 2019-10-25 | 2025-05-25 | TX - Texas | EXTRA_LARGE_CARGO_VAN |
| 1F65F5KY2KDA16971 | LONE 107 - SV | NMV9455 | 2019 | Ford | Stripped Chassis | 4X2 Chassis 178.2-228.2 in. WB | ELEMENT | 2020-08-27 | 2026-03-27 | TX - Texas | STEP_VAN_MEDIUM |
| 1FTBR3X80LKA47444 | LONE 22 | NFJ9714 | 2020 | Ford | Transit | 250 3dr LWB High Roof Extended Cargo Van | ELEMENT | 2020-05-15 | 2025-12-15 | TX - Texas | EXTRA_LARGE_CARGO_VAN |
| 1FYYR3XM7KKB34188 | LONE 3 | MRP7532 | 2019 | Ford | Transit | 250 3dr LWB High Roof Extended Cargo Van w/Sliding Passenger Side Door | ELEMENT | 2019-10-16 | 2025-05-16 | TX - Texas | EXTRA_LARGE_CARGO_VAN |
| 1FTBR3X81LKA74442 | LONE 25 | NBR9172 | 2020 | Ford | Transit | 250 3dr LWB High Roof Extended Cargo Van | ELEMENT | 2020-05-28 | 2027-01-28 | TX - Texas | EXTRA_LARGE_CARGO_VAN |
| 1FYYR3XM4KKB34181 | LONE 5 | MRP7526 | 2019 | Ford | Transit | 250 3dr LWB High Roof Extended Cargo Van w/Sliding Passenger Side Door | ELEMENT | 2019-10-16 | 2025-05-16 | TX - Texas | EXTRA_LARGE_CARGO_VAN |
| 1FYYR3XM3KKB34187 | LONE 11 | MRP7536 | 2019 | Ford | Transit | 250 3dr LWB High Roof Extended Cargo Van w/Sliding Passenger Side Door | ELEMENT | 2019-10-21 | 2026-07-21 | TX - Texas | EXTRA_LARGE_CARGO_VAN |
| 1FTBR3X68MKA54554 | LONE 52 OLD TNEX 10 | RBL7020 | 2021 | Ford | Transit | 250 3dr LWB High Roof Extended Cargo Van w/Sliding Passenger Side Door | ELEMENT | 2021-10-21 | 2027-05-21 | TX - Texas | EXTRA_LARGE_CARGO_VAN |
| 1FYYR3XM9KKB34239 | LONE 17 | MRP7533 | 2019 | Ford | Transit | 250 3dr LWB High Roof Extended Cargo Van w/Sliding Passenger Side Door | ELEMENT | 2019-10-25 | 2025-05-25 | TX - Texas | EXTRA_LARGE_CARGO_VAN |
| 1F65F5KY7KDA16612 | LONE 102 - SV | NMV9549 | 2019 | Ford | Stripped Chassis | 4X2 Chassis 178.2-228.2 in. WB | ELEMENT | 2020-07-13 | 2026-02-13 | TX - Texas | STEP_VAN_MEDIUM |
| 1FYYR3XM3KKB34204 | LONE 12 | MRN8203 | 2019 | Ford | Transit | 250 3dr LWB High Roof Extended Cargo Van w/Sliding Passenger Side Door | ELEMENT | 2019-10-21 | 2025-05-21 | TX - Texas | EXTRA_LARGE_CARGO_VAN |
| 1F65F5KY0KDA16658 | LONE 105 - SV | PGK1644 | 2019 | Ford | Stripped Chassis | 4X2 Chassis 178.2-228.2 in. WB | ELEMENT | 2020-07-08 | 2026-02-08 | TX - Texas | STEP_VAN_MEDIUM |
| 1FYYR3XM4KKB34195 | LONE 1 | MRP7527 | 2019 | Ford | Transit | 250 3dr LWB High Roof Extended Cargo Van w/Sliding Passenger Side Door | ELEMENT | 2019-10-16 | 2025-05-16 | TX - Texas | EXTRA_LARGE_CARGO_VAN |
| 1FYYR3XM9KKB34268 | LONE 26 | MTN4944 | 2019 | Ford | Transit | 250 3dr LWB High Roof Extended Cargo Van w/Sliding Passenger Side Door | ELEMENT | 2019-11-12 | 2026-06-12 | TX - Texas | EXTRA_LARGE_CARGO_VAN |
| 1FTBR3X83LKA47494 | LONE 26 | NBR9171 | 2020 | Ford | Transit | 250 3dr LWB High Roof Extended Cargo Van | ELEMENT | 2020-05-28 | 2025-12-28 | TX - Texas | EXTRA_LARGE_CARGO_VAN |
| 1FYYR3XM0KKB34198 | LONE 4 | MRP7534 | 2019 | Ford | Transit | 250 3dr LWB High Roof Extended Cargo Van | ELEMENT | 2019-10-16 | 2025-05-16 | TX - Texas | EXTRA_LARGE_CARGO_VAN |
| 1FTBR3X86LKA74941 | LONE 22 | NFJ9713 | 2020 | Ford | Transit | 250 3dr LWB High Roof Extended Cargo Van | ELEMENT | 2020-05-15 | 2025-12-15 | TX - Texas | EXTRA_LARGE_CARGO_VAN |
| 1FYYR3XM9XKB34217 | LONE 7 | MRP1224 | 2019 | Ford | Transit | 250 3dr LWB High Roof Extended Cargo Van w/Sliding Passenger Side Door | ELEMENT | 2019-10-16 | 2025-05-16 | TX - Texas | EXTRA_LARGE_CARGO_VAN |
| 1FYYR3XM6KKB34229 | LONE 9 | MRP7535 | 2019 | Ford | Transit | 250 3dr LWB High Roof Extended Cargo Van w/Sliding Passenger Side Door | ELEMENT | 2019-10-16 | 2026-06-16 | TX - Texas | EXTRA_LARGE_CARGO_VAN |
| 1F65F5KY3KDA16977 | LONE 104 - SV | NFL7644 | 2019 | Ford | Stripped Chassis | 4X2 Chassis 178.2-228.2 in. WB | ELEMENT | 2020-07-06 | 2026-02-06 | TX - Texas | STEP_VAN_MEDIUM |
| 1FYYR3XM4KKB34228 | LONE 2 | MRP7530 | 2019 | Ford | Transit | 250 3dr LWB High Roof Extended Cargo Van w/Sliding Passenger Side Door | ELEMENT | 2019-10-16 | 2026-06-16 | TX - Texas | EXTRA_LARGE_CARGO_VAN |
| 1F65F5KY0KDA16628 | LONE 110 - SV | NTM8673 | 2019 | Ford | Stripped Chassis | 4X2 Chassis 178.2-228.2 in. WB | ELEMENT | 2020-08-22 | 2026-03-22 | TX - Texas | STEP_VAN_MEDIUM |
| 1F65F5KY3KDA16980 | LONE 106 - SV | NFL7916 | 2019 | Ford | Stripped Chassis | 4X2 Chassis 178.2-228.2 in. WB | ELEMENT | 2020-07-08 | 2026-02-08 | TX - Texas | STEP_VAN_MEDIUM |
| 1F65F5KY7KDA16643 | LONE 108 - SV | NHC9919 | 2019 | Ford | Stripped Chassis | 4X2 Chassis 178.2-228.2 in. WB | ELEMENT | 2020-07-13 | 2026-02-13 | TX - Texas | STEP_VAN_MEDIUM |
| 3C6MRVJG9ME571183 | LONE 57 | RCP6615 | 2021 | Ram | ProMaster | 3500 159 WB 3dr High Roof Extended Cargo Van | ELEMENT | 2021-11-16 | 2027-06-16 | TX - Texas | EXTRA_LARGE_CARGO_VAN |
| 1FYYR3XM9KKB34242 | LONE 8 | MRP7529 | 2019 | Ford | Transit | 250 3dr LWB High Roof Extended Cargo Van w/Sliding Passenger Side Door | ELEMENT | 2019-10-16 | 2026-06-16 | TX - Texas | EXTRA_LARGE_CARGO_VAN |
| 1F65F5KYXKDA16636 | LONE 103 - SV | NMV9548 | 2019 | Ford | Stripped Chassis | 4X2 Chassis 178.2-228.2 in. WB | ELEMENT | 2020-07-13 | 2026-02-13 | TX - Texas | STEP_VAN_MEDIUM |
| 1FYYR3XM2KKB34194 | LONE 13 | MRN9509 | 2019 | Ford | Transit | 250 3dr LWB High Roof Extended Cargo Van w/Sliding Passenger Side Door | ELEMENT | 2019-10-21 | 2026-07-21 | TX - Texas | EXTRA_LARGE_CARGO_VAN |
| 1F65F5KYXKDA16622 | LONE 101 - SV | NMV9454 | 2019 | Ford | Stripped Chassis | 4X2 Chassis 178.2-228.2 in. WB | ELEMENT | 2020-07-14 | 2026-02-14 | TX - Texas | STEP_VAN_MEDIUM |
| 3C6MRVJG9ME586573 | LONE 38 | RJN2477 | 2021 | Ram | ProMaster | 3500 159 WB 3dr High Roof Extended Cargo Van | LP / WHEELS | 2021-11-30 | 2026-11-30 | TX - Texas | EXTRA_LARGE_CARGO_VAN |
| 1F65F5KN7M0A01973 | LONE 115 - SV | PVF1168 | 2021 | Ford | Stripped Chassis | 4X2 Chassis 178.2-228.2 in. WB | LP / WHEELS | 2021-12-09 | 2026-12-09 | TX - Texas | STEP_VAN_MEDIUM |
| 1F65F5KN4M0A01777 | LONE 117 - SV | RXB4573 | 2021 | Ford | Stripped Chassis | 4X2 Chassis 178.2-228.2 in. WB | LP / WHEELS | 2021-12-10 | 2026-12-10 | TX - Texas | STEP_VAN_MEDIUM |
| 1F65F5KN6M0A01785 | LONE 118 - SV | RJN2661 | 2021 | Ford | Stripped Chassis | 4X2 Chassis 178.2-228.2 in. WB | LP / WHEELS | 2021-12-09 | 2026-12-09 | TX - Texas | STEP_VAN_MEDIUM |
| 3C6MRVJG8ME586644 | LONE 33 | RDT4425 | 2021 | Ram | ProMaster | 3500 159 WB 3dr High Roof Extended Cargo Van | LP / WHEELS | 2021-12-03 | 2026-12-03 | TX - Texas | EXTRA_LARGE_CARGO_VAN |
| 3C6MRVJG8ME586984 | LONE 34 | RFT3981 | 2021 | Ram | ProMaster | 3500 159 WB 3dr High Roof Extended Cargo Van | LP / WHEELS | 2021-12-03 | 2026-12-03 | TX - Texas | EXTRA_LARGE_CARGO_VAN |
| 1FDDF6P84MKA78558 | LONE 30 CDV | RJN2478 | 2021 | Ford | Transit | 350 HD 2dr 178 in. WB DRW Cutaway Chassis w/9950 Lb. GVWR | LP / WHEELS | 2021-12-11 | 2026-12-11 | TX - Texas | CUSTOM_DELIVERY_VAN_SIXTEEN_FT |
| 7FCECHD87NN000818 | LONE 46 EDV | SPP0568 | 2022 | Rivian | EDV 700 | 2dr Cargo | LP / WHEELS | 2022-12-03 | 2027-12-03 | TX - Texas | ELECTRIC_RPV_MEDIUM |
| 3C6MRVJG9ME586444 | LONE 37 | RDT4426 | 2021 | Ram | ProMaster | 3500 159 WB 3dr High Roof Extended Cargo Van | LP / WHEELS | 2021-11-30 | 2026-11-30 | TX - Texas | EXTRA_LARGE_CARGO_VAN |
| 1F65F5KN8M0A01772 | LONE 116 - SV | RJN2663 | 2021 | Ford | Stripped Chassis | 4X2 Chassis 178.2-228.2 in. WB | LP / WHEELS | 2021-12-10 | 2026-12-10 | TX - Texas | STEP_VAN_MEDIUM |
| 1F65F5KN6M0A01639 | LONE 113 - SV | PVX0758 | 2021 | Ford | Stripped Chassis | 4X2 Chassis 178.2-228.2 in. WB | LP / WHEELS | 2021-12-07 | 2026-12-07 | TX - Texas | STEP_VAN_MEDIUM |
| 7FCECHD871NN000867 | LONE 41 EDV | SKN4759 | 2022 | Rivian | EDV 700 | 2dr Cargo | LP / WHEELS | 2022-09-26 | 2027-09-26 | TX - Texas | ELECTRIC_RPV_MEDIUM |
| 1F65F5KN6M0A01431 | LONE 111-SV | PVX0754 | 2021 | Ford | Stripped Chassis | 4X2 Chassis 178.2-228.2 in. WB | LP / WHEELS | 2021-12-07 | 2026-12-07 | TX - Texas | STEP_VAN_MEDIUM |
| 1F65F5KN3M0A01971 | LONE 120 SV | RJN2660 | 2021 | Ford | Stripped Chassis | 4X2 Chassis 178.2-228.2 in. WB | LP / WHEELS | 2021-12-10 | 2026-12-10 | TX - Texas | STEP_VAN_MEDIUM |
| 7FCECHD870NN001234 | LONE 43 EDV | SJS6103 | 2022 | Rivian | EDV 700 | 2dr Cargo | LP / WHEELS | 2022-09-26 | 2027-09-26 | TX - Texas | ELECTRIC_RPV_MEDIUM |
| 1FDDF6P84MKA78561 | LONE 29 CDV | RJN2479 | 2021 | Ford | Transit | 350 HD 2dr 178 in. WB DRW Cutaway Chassis w/9950 Lb. GVWR | LP / WHEELS | 2021-12-11 | 2026-12-11 | TX - Texas | CUSTOM_DELIVERY_VAN_SIXTEEN_FT |
| 1F65F5KN9M0A01960 | LONE 114 - SV | PVX0764 | 2021 | Ford | Stripped Chassis | 4X2 Chassis 178.2-228.2 in. WB | LP / WHEELS | 2021-12-07 | 2026-12-07 | TX - Texas | STEP_VAN_MEDIUM |
| 7FCECHD871NN001151 | LONE 45 EDV | SPP0603 | 2022 | Rivian | EDV 700 | 2dr Cargo | LP / WHEELS | 2022-12-02 | 2027-12-02 | TX - Texas | ELECTRIC_RPV_MEDIUM |
| 7FCECHD87BNN002535 | LONE 47 EDV | SWR3036 | 2022 | Rivian | EDV 700 | 2dr Cargo | LP / WHEELS | 2022-12-16 | 2027-12-16 | TX - Texas | ELECTRIC_RPV_MEDIUM |
| 3C6MRVJG6ME586582 | LONE 32 | RBR7297 | 2021 | Ram | ProMaster | 3500 159 WB 3dr High Roof Extended Cargo Van | LP / WHEELS | 2021-12-04 | 2026-12-04 | TX - Texas | EXTRA_LARGE_CARGO_VAN |
| 7FCECHD87DNN001086 | LONE 42 EDV | SPP0562 | 2022 | Rivian | EDV 700 | 2dr Cargo | LP / WHEELS | 2022-09-27 | 2027-09-27 | TX - Texas | ELECTRIC_RPV_MEDIUM |
| 3C6MRVJG8ME586414 | LONE 31 | RBF1370 | 2021 | Ram | ProMaster | 3500 159 WB 3dr High Roof Extended Cargo Van | LP / WHEELS | 2021-11-26 | 2026-11-26 | TX - Texas | EXTRA_LARGE_CARGO_VAN |
| 7FCECHD73NN002488 | LONE 48 EDV | SSZ3683 | 2022 | Rivian | EDV 700 | 2dr Cargo | LP / WHEELS | 2022-12-22 | 2027-12-22 | TX - Texas | ELECTRIC_RPV_MEDIUM |
| 7FCECHD871NN001226 | LONE 44 EDV | SJS6104 | 2022 | Rivian | EDV 700 | 2dr Cargo | LP / WHEELS | 2022-09-27 | 2027-09-27 | TX - Texas | ELECTRIC_RPV_MEDIUM |
| 3C6MRVJG7ME587320 | LONE 35 | RJN2476 | 2021 | Ram | ProMaster | 3500 159 WB 3dr High Roof Extended Cargo Van | LP / WHEELS | 2021-11-30 | 2026-11-30 | TX - Texas | EXTRA_LARGE_CARGO_VAN |
| 1FDDF6P84MKA78575 | LONE 27 CDV | RJN2480 | 2021 | Ford | Transit | 350 HD 2dr 178 in. WB DRW Cutaway Chassis w/9950 Lb. GVWR | LP / WHEELS | 2021-12-16 | 2026-12-16 | TX - Texas | CUSTOM_DELIVERY_VAN_SIXTEEN_FT |
| 3C6MRVJG8ME587309 | LONE 36 | RDT4471 | 2021 | Ram | ProMaster | 3500 159 WB 3dr High Roof Extended Cargo Van | LP / WHEELS | 2021-12-14 | 2026-12-14 | TX - Texas | EXTRA_LARGE_CARGO_VAN |
| 1FDDF6P86MKA82238 | LONE 28 CDV | RJN2475 | 2021 | Ford | Transit | 350 HD 2dr 178 in. WB DRW Cutaway Chassis w/9950 Lb. GVWR | LP / WHEELS | 2021-12-16 | 2026-12-16 | TX - Texas | CUSTOM_DELIVERY_VAN_SIXTEEN_FT |
| 1F65F5KN7M0A01780 | LONE 119 SV | RJN2662 | 2021 | Ford | Stripped Chassis | 4X2 Chassis 178.2-228.2 in. WB | LP / WHEELS | 2021-12-10 | 2026-12-10 | TX - Texas | STEP_VAN_MEDIUM |
| 1F65F5KN9M0A02008 | LONE 112 - SV | PVX0759 | 2021 | Ford | Stripped Chassis | 4X2 Chassis 178.2-228.2 in. WB | LP / WHEELS | 2021-12-07 | 2026-12-07 | TX - Texas | STEP_VAN_MEDIUM |

Fill in this information to identify the case:

Debtor name __Lone Star Logistics and Delivery, LLC__

United States Bankruptcy Court for the: __Eastern__ District of __Texas__
(State)

Case number (if known): _____

☐ Check if this is an amended filing

__Official Form 206D__

# Schedule D: Creditors Who Have Claims Secured by Property
12/15

**Be as complete and accurate as possible.**

1. **Do any creditors have claims secured by debtor's property?**
   - ☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.
   - ☑ Yes. Fill in all of the information below.

| Part 1: | List Creditors Who Have Secured Claims |
|---|---|

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

|  | | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|---|
| **2.1** **Creditor's name**<br>__Ally Financial__ | **Describe debtor's property that is subject to a lien**<br>2021 Bentley Bentayga | $143,811.86 | $145,000.00 |

**2.1 Creditor's name**
__Ally Financial__

**Creditor's mailing address**
__PO Box 380901__
__Bloomington, MN 55438__

**Creditor's email address, if known**
_____

Date debt was incurred __1/19/23__

Last 4 digits of account number __5  8  2  3__

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Specify each creditor, including this creditor, and its relative priority.
_____

**Describe debtor's property that is subject to a lien**
2021 Bentley Bentayga

**Describe the lien**
__Purchase Money Lien Perfected by Notation on Certificate of Title__

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

3. **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**    $873,845.93

Debtor   **Lone Star Logistics and Delivery, LLC**                    Case number (if known) _____

Name

| Part 1: | Additional Page | | Column A | Column B |
|---|---|---|---|---|
| | | | **Amount of claim** | **Value of collateral that supports this claim** |
| | | | Do not deduct the value of collateral. | |

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

**2.2** **Creditor's name**

**G M Financial**

**Creditor's mailing address**

**801 Cherry Street Suite 3600**

**Fort Worth, TX 76102**

**Creditor's email address, if known**

_____

Date debt was incurred          2/13/24

Last 4 digits of account         9  6  8  2
number

**Do multiple creditors have an interest in the same property?**

☑ No

☐ Yes. Have you already specified the relative priority?

    ☐ No.  Specify each creditor, including this creditor, and its relative priority.

    _____

    _____

    ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

2024 Cadillac Escalade Premium Luxury

**Describe the lien**

**Purchase Money Lien Perfected by Notation on Certificate of Title**

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☐ No

☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

Amount of claim: **$122,187.91**

Value of collateral: **$90,000.00**

Debtor    **Lone Star Logistics and Delivery, LLC**                    Case number (if known) _____
Name

| Part 1: | Additional Page | Column A | Column B |
|---|---|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

Column A **Amount of claim** Do not deduct the value of collateral.

Column B **Value of collateral that supports this claim**

**2.3** **Creditor's name**

**GM Financial**

**Creditor's mailing address**

**801 Cherry Street Suite 3600**

**Fort Worth, TX 76102**

**Creditor's email address, if known**

_____

Date debt was incurred      **12/15/21**

Last 4 digits of account      **6  1  5  5**
number

**Do multiple creditors have an interest in the same property?**

☑ No

☐ Yes. Have you already specified the relative priority?

☐ No.  Specify each creditor, including this creditor, and its relative priority.

_____

_____

☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

2022 Chevrolet Silverado                    **$32,266.05**        **$39,500.00**

**Describe the lien**

**Purchase Money Lien Perfected by Notation on Certificate of Title**

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☑ No

☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

| Debtor | **Lone Star Logistics and Delivery, LLC** | | Case number (if known) |
|---|---|---|---|
| | Name | | |

| Part 1: | Additional Page | Column A | Column B |
|---|---|---|---|
| | | Amount of claim | Value of collateral that supports this claim |
| | | Do not deduct the value of collateral. | |

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

**2.4** **Creditor's name**

**Headway Capital, LLC**

**Creditor's mailing address**

**Attn: Bankruptcy Notice**

**175 W. Jackson Blvd. Suite 1000**

**Chicago, IL 60604**

**Creditor's email address, if known**

Date debt was incurred      **9/19/22**

Last 4 digits of account    **1  4  5  7**
number

**Do multiple creditors have an interest in the same property?**

☐ No

☑ Yes. Have you already specified the relative priority?

   ☑ No.  Specify each creditor, including this creditor, and its relative priority.

      **See continuation page.**

   ☐ Yes. The relative priority of creditors is specified on lines _____

**Remarks:** Line of Credit

**Describe debtor's property that is subject to a lien**

RBF Credit Union, Prosperity Bank, Amazon.com Receivables, 2 Dell Laptop Computers, 2 computer printers, 100 Motorola G Power Cell Phones

**Describe the lien**

Security interest in cash, accounts, inventory, equipment, etc.

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☐ No

☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

| | |
|---|---|
| **$66,976.60** | **$368,609.38** |

Debtor    **Lone Star Logistics and Delivery, LLC**                                    Case number (if known) _____
_____
          Name

| Part 1: | Additional Page | | Column A | Column B |
|---|---|---|---|---|

**Column A**
Amount of claim
Do not deduct the value
of collateral.

**Column B**
Value of collateral
that supports this
claim

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

**2.5** **Creditor's name**

**Highland Hill Capital LLC**

**Creditor's mailing address**

**1100 Park Central Blvd. S. Suite 1200**

**Pompano Beach, FL 33064**

**Creditor's email address, if known**
_____

**Date debt was incurred**    **3/6/2024**

**Last 4 digits of account number**    **1**

**Do multiple creditors have an interest in the same property?**

☐ No

☑ Yes. Have you already specified the relative priority?

   ☐ No.  Specify each creditor, including this creditor, and its relative priority.

   _____

   _____

   ☑ Yes. The relative priority of creditors is specified on lines  **2.4**

**Remarks:** Merchant Cash Advance and Purchase of Receivables

**Describe debtor's property that is subject to a lien**

RBF Credit Union, Prosperity Bank, Amazon.com Receivables, 2 Dell Laptop Computers, 2 computer printers, 100 Motorola G Power Cell Phones

**Describe the lien**

**Security interest perfected by filing of UCC1 financing statement**

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☐ No

☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

**$95,677.35**    **$368,609.38**

Debtor    **Lone Star Logistics and Delivery, LLC**                      Case number (if known) _____
Name

---

| **Part 1:** | Additional Page | Column A<br>**Amount of claim**<br>Do not deduct the value<br>of collateral. | Column B<br>**Value of collateral<br>that supports this<br>claim** |
|---|---|---|---|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

**2.6** | **Creditor's name**

**Highland Hill Capital LLC**

**Creditor's mailing address**

**1100 Park Central Blvd. S. Suite 1200**

**Pompano Beach, FL 33064**

**Creditor's email address, if known**

_____

**Date debt was incurred**      **3/27/24**

**Last 4 digits of account number**      **2**

**Do multiple creditors have an interest in the same property?**

☐ No

☑ Yes. Have you already specified the relative priority?

   ☐ No.  Specify each creditor, including this creditor, and its relative priority.

   _____

   _____

☑ Yes. The relative priority of creditors is specified on lines **2.4**

**Remarks:** Merchant Cash Advance and Purchase of Receivables

**Describe debtor's property that is subject to a lien**

RBF Credit Union, Prosperity Bank, Amazon.com Receivables, 2 Dell Laptop Computers, 2 computer printers, 100 Motorola G Power Cell Phones

**Describe the lien**

**Security interest perfected by filing of UCC1 financing statement**

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☐ No

☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**

Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

Column A: **$94,491.25**

Column B: **$368,609.38**

---

Debtor **Lone Star Logistics and Delivery, LLC**

Name

Case number (if known) _____

| Part 1: | Additional Page | Column A<br>**Amount of claim**<br>Do not deduct the value<br>of collateral. | Column B<br>**Value of collateral<br>that supports this<br>claim** |
|---|---|---|---|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

**2.7** **Creditor's name**

**National Funding, Inc.**

**Creditor's mailing address**

**9530 Towne Centre Drive Suite 120**

**San Diego, CA 92121**

**Creditor's email address, if known**

_____

**Date debt was incurred**        **8/31/23**

**Last 4 digits of account**   **8   6   7   9**
**number**

**Do multiple creditors have an interest in the same property?**

☐ No

☑ Yes. Have you already specified the relative priority?

   ☐ No.  Specify each creditor, including this creditor, and its relative priority.

_____

_____

   ☑ Yes. The relative priority of creditors is specified on lines **2.4**

**Remarks:** Business loan agreement secured by current & future assets & receivables

**Describe debtor's property that is subject to a lien**

RBF Credit Union, Prosperity Bank, Amazon.com Receivables, 2 Dell Laptop Computers, 2 computer printers, 100 Motorola G Power Cell Phones

**Describe the lien**

**Security interest perfected by filing of UCC1 financing statement**

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☐ No

☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

Column A: **$91,874.91**

Column B: **$368,609.38**

Debtor  **Lone Star Logistics and Delivery, LLC**
Name

Case number (if known) _____

| Part 1: | Additional Page |
|---|---|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|

**2.8** Creditor's name

**RDM Capital Funding, LLC**

Creditor's mailing address

**D/B/A FinTap**

**777 Passaic Ave. Suite 375**

**Clifton, NJ 07012**

Creditor's email address, if known

_____

Date debt was incurred        **3/5/24**

Last 4 digits of account    **5  5  1  1**
number

Do multiple creditors have an interest in the same property?

☐ No

☑ Yes. Have you already specified the relative priority?

　☐ No.  Specify each creditor, including this creditor, and its relative priority.

　_____

　_____

　☑ Yes. The relative priority of creditors is specified on lines __2.4__

Describe debtor's property that is subject to a lien
Amazon.com Receivables

Describe the lien

**Security interest perfected by filing of UCC1 financing statement**

Is the creditor an insider or related party?

☑ No
☐ Yes

Is anyone else liable on this claim?

☐ No
☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

As of the petition filing date, the claim is:
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

$226,560.00        $346,253.00

**Remarks:** Merchant Cash Advance and Purchase of Receivables

Debtor    **Lone Star Logistics and Delivery, LLC**

Name

Case number (if known)

| Part 1: | Additional Page |
|---|---|

**2.4** **Creditor's name**

**Headway Capital, LLC**

**Specify each creditor, including this creditor, and its relative priority.**

For RBF Credit Union: **1) Headway Capital, LLC**; 2) National Funding, Inc.; 3) Highland Hill Capital LLC; 4) Highland Hill Capital LLC; For Prosperity Bank: **1) Headway Capital, LLC**; 2) National Funding, Inc.; 3) Highland Hill Capital LLC; 4) Highland Hill Capital LLC; For Amazon.com Receivables: **1) Headway Capital, LLC**; 2) National Funding, Inc.; 3) Highland Hill Capital LLC; 4) Highland Hill Capital LLC; 5) RDM Capital Funding, LLC; For 2 Dell Laptop Computers: **1) Headway Capital, LLC**; 2) National Funding, Inc.; 3) Highland Hill Capital LLC; 4) Highland Hill Capital LLC; For 2 computer printers: **1) Headway Capital, LLC**; 2) National Funding, Inc.; 3) Highland Hill Capital LLC; 4) Highland Hill Capital LLC; For 100 Motorola G Power Cell Phones: **1) Headway Capital, LLC**; 2) National Funding, Inc.; 3) Highland Hill Capital LLC; 4) Highland Hill Capital LLC

Debtor    **Lone Star Logistics and Delivery, LLC**          Case number (if known) _____

Name

| Part 2: | List Others to Be Notified for a Debt Already Listed in Part 1 |

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to be notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| **Headway Capital, LLC**<br>**C/O National Registered Agents, Inc.**<br>**1999 Bryan Street Suite 900**<br>**Dallas, TX 75201** | Line 2. __4__ | __ __ __ __ |
| **David Fogel, PC**<br>**c/o David Fogel, Esq.**<br>**1225 Franklin Ave Ste. 201**<br>**Garden City, NY 11530** | Line 2. __5__ | __ __ __ __ |
| **Corporation Service Company, As Rep.**<br>**Po Box 2576**<br>**Springfield, IL 62708** | Line 2. __5__ | __ __ __ __ |
| **David Fogel, PC**<br>**c/o David Fogel, Esq.**<br>**1225 Franklin Ave Ste. 201**<br>**Garden City, NY 11530** | Line 2. __6__ | __ __ __ __ |
| **Corporation Service Company, As Rep.**<br>**Po Box 2576**<br>**Springfield, IL 62708** | Line 2. __6__ | __ __ __ __ |
| **National Funding, Inc.**<br>**4380 La Jolla Village Drive**<br>**San Diego, CA 92122** | Line 2. __7__ | __ __ __ __ |
| **National Funding, Inc.**<br>**9820 Towne Centre Drive**<br>**San Diego, CA 92121** | Line 2. __7__ | __ __ __ __ |
| **National Funding**<br>**Attn: Jennifer Agriesti**<br>**4380 La Jolla Village Dr.**<br>**San Diego, CA 92122** | Line 2. __7__ | __ __ __ __ |

Debtor    **Lone Star Logistics and Delivery, LLC**                                    Case number (if known) _____
          Name

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| **Corporation Service Company, As Rep.**<br>**Po Box 2576**<br>**Springfield, IL 62708** | Line 2. **8** | ___ ___ ___ ___ |
| **Advanced Recovery Group**<br>**Attn: Ekrem Hajra**<br>**30 Two Bridges Road Suite 100**<br>**Fairfield, NJ 07004** | Line 2. **8** | ___ ___ ___ ___ |
| **AWN&R Commercial Law Group, PLLC**<br>**Attn: Jeffrey Parrella, Esq.**<br>**14 Wall Street, 20th Floor**<br>**New York, NY 10005** | Line 2. **8** | ___ ___ ___ ___ |

**Fill in this information to identify the case:**

Debtor name          **Lone Star Logistics and Delivery, LLC**

United States Bankruptcy Court for the:

**Eastern District of Texas**

Case number (if known): _____

☐ Check if this is an
amended filing

# Official Form 206E/F

## Schedule E/F: Creditors Who Have Unsecured Claims          **12/15**

**Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.**

### Part 1: List All Creditors with PRIORITY Unsecured Claims

**1.** **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507)
☑ No. Go to Part 2.
☐ Yes. Go to line 2.

**2.** List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part. If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | **Total claim** | **Priority amount** |
|---|---|---|---|

**2.1** **Priority creditor's name and mailing address**

_____

_____

_____

**Date or dates debt was incurred**

_____

**Last 4 digits of account number** ___ ___ ___ ___

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

_____

**Is the claim subject to offset?**
☐ No
☐ Yes

**2.2** **Priority creditor's name and mailing address**

_____

_____

_____

**Date or dates debt was incurred**

_____

**Last 4 digits of account number** ___ ___ ___ ___

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

_____

**Is the claim subject to offset?**
☐ No
☐ Yes

| Debtor | **Lone Star Logistics and Delivery, LLC** | Case number *(if known)* |
|---|---|---|
| | Name | |

| **Part 2:** | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

3.  **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

|  | | **Amount of claim** |
|---|---|---|

**3.1** Nonpriority creditor's name and mailing address

**Amazon Logistics, Inc.**

Attn: General Counsel

Po Box 81226

Seattle, WA 98109-5210

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Notice Only

Is the claim subject to offset?
☑ No
☐ Yes

**$0.00**

---

**3.2** Nonpriority creditor's name and mailing address

**Capital One**

PO Box 60519

City of Industry, CA 91716-0519

Date or dates debt was incurred   **10/21/21**

Last 4 digits of account number   **9  2  9  6**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Credit Card

Is the claim subject to offset?
☑ No
☐ Yes

**$14,587.71**

---

**3.3** Nonpriority creditor's name and mailing address

**City of Frisco**

6101 Frisco Square Blvd.

Frisco, TX 75034

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Notice Only

Is the claim subject to offset?
☑ No
☐ Yes

**unknown**

---

**3.4** Nonpriority creditor's name and mailing address

**Comptroller of Public Accounts**

Austin, TX 78774-0100

111 E. 17th Street

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Notice Only

Is the claim subject to offset?
☑ No
☐ Yes

**unknown**

---

Debtor    **Lone Star Logistics and Delivery, LLC**                                          Case number *(if known)* _____

         Name

---

**Part 2:**  Additional Page

| | | |
|---|---|---|
| **3.5** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: |

**3.5**

**Nonpriority creditor's name and mailing address**

**CSC, As Representative**

**PO Box 2576**

**Springfield, IL 62708**

**Date or dates debt was incurred**    _____

**Last 4 digits of account number**  __ __ __ __

**As of the petition filing date, the claim is:**  **unknown**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Notice Only**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.6**

**Nonpriority creditor's name and mailing address**

**Denton County Tax Assessor/Collector**

**1505 E. McKinney Street**

**Denton, TX 76209-4525**

**Date or dates debt was incurred**    _____

**Last 4 digits of account number**  __ __ __ __

**As of the petition filing date, the claim is:**  **unknown**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Notice Only**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.7**

**Nonpriority creditor's name and mailing address**

**Frisco ISD**

**C/O Perdue, Brandon et al**

**1919 S. Shiloh Road Suite 640, LB 40**

**Garland, TX 75042**

**Date or dates debt was incurred**    _____

**Last 4 digits of account number**  __ __ __ __

**As of the petition filing date, the claim is:**  **unknown**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Notice Only**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.8**

**Nonpriority creditor's name and mailing address**

**Human Interest, Inc.**

**Attn: William Crabill**

**2675 W. 600 N. Suite 200**

**Lindon, UT 84042**

**Date or dates debt was incurred**    _____

**Last 4 digits of account number**  __ __ __ __

**Remarks:** 401k Plan Administrator

**As of the petition filing date, the claim is:**  **$0.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Notice Only**

**Is the claim subject to offset?**
☑ No
☐ Yes

| Debtor | **Lone Star Logistics and Delivery, LLC** | Case number *(if known)* _____ |
|---|---|---|
| | Name | |

---

**Part 2:** Additional Page

---

**3.9** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | unknown
---|---|---|---

**3.9**

**Nonpriority creditor's name and mailing address**

**Internal Revenue Service**

**Central Insolvency Operations**

**PO Box 7346**

**Philadelphia, PA 19101-7346**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Notice Only**

**Is the claim subject to offset?**
☑ No
☐ Yes

unknown

---

**3.10**

**Nonpriority creditor's name and mailing address**

**Texas Workforce Commission**

**TEC Building - Bankruptcy**

**101 E 15th St**

**Austin, TX 78778-1442**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Notice Only**

**Is the claim subject to offset?**
☑ No
☐ Yes

unknown

---

**3.11**

**Nonpriority creditor's name and mailing address**

**U.S. Securities and Exchange Commission**

**801 Cherry Street Suite 1900, Unit 18**

**Fort Worth, TX 76102**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Notice Only**

**Is the claim subject to offset?**
☑ No
☐ Yes

unknown

---

**3.12**

**Nonpriority creditor's name and mailing address**

**United States Attorney's Office**

**110 N. College Avenue Suite 700**

**Tyler, TX 75702-0204**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Notice Only**

**Is the claim subject to offset?**
☑ No
☐ Yes

unknown

---

**Schedule E/F: Creditors Who Have Unsecured Claims**

Debtor   **Lone Star Logistics and Delivery, LLC**
Name

Case number *(if known)*

---

| 3.13 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | unknown |
|---|---|---|---|

**3.13**

**Nonpriority creditor's name and mailing address**

**United States Trustee**

**110 North College Ave. Room 300**

**Tyler, TX 75702**

**Date or dates debt was incurred** _____

**Last 4 digits of account number** __ __ __ __

**As of the petition filing date, the claim is:** unknown
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Notice Only**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| Debtor | **Lone Star Logistics and Delivery, LLC** | Case number *(if known)* _____ |
|---|---|---|
| | Name | |

| Part 3: | List Others to Be Notified About Unsecured Claims |
|---|---|

4.  **List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

**If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|
| 4.1  **Linebarger, Goggan, Blair & Sampson, LLP** | Line **3.3** | |
| **2777 N Stemmons Fwy Ste 1000** | ☐ Not listed. Explain _____ | ___ ___ ___ ___ |
| **Dallas, TX 75207-2328** | _____ | |

Debtor    **Lone Star Logistics and Delivery, LLC**

Name

Case number *(if known)*

---

**Part 4:    Total Amounts of the Priority and Nonpriority Unsecured Claims**

---

5.    **Add the amounts of priority and nonpriority unsecured claims.**

|  |  | **Total of claim amounts** |
|---|---|---|
| 5a.  **Total claims from Part 1** | 5a. | **$0.00** |
| 5b.  **Total claims from Part 2** | 5b.  **+** | **$14,587.71** |
| 5c.  **Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | **$14,587.71** |

---

Fill in this information to identify the case:

Debtor name **Lone Star Logistics and Delivery, LLC**

United States Bankruptcy Court for the:

**Eastern District of Texas**

Case number (if known): _____  Chapter **11**

☐ Check if this is an
amended filing

## Official Form 206G

# Schedule G: Executory Contracts and Unexpired Leases                12/15

**Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, numbering the entries consecutively.**

1.  Does the debtor have any executory contracts or unexpired leases?

☐ No. Check this box and file this form with the court with the debtor's other schedules. There is nothing else to report on this form.

☑ Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| 2.  List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| **2.1** | State what the contract or lease is for and the nature of the debtor's interest | **Amazon Logistics Delivery Service Partner Program Agreement** <br><br> **Contract to be ASSUMED** | **Amazon Logistics, Inc.** <br><br> **Attn: Director, Amazon Logistics** <br><br> **PO Box 81226** <br><br> **Seattle, WA 98109-5210** |
| | State the term remaining | **4 months** | |
| | List the contract number of any government contract | | |
| **2.2** | State what the contract or lease is for and the nature of the debtor's interest | **U.S. Vehicle Use Agreement** <br><br> **Contract to be ASSUMED** | **Amazon Logistics, Inc.** <br><br> **Attn: Director, Amazon Logistics** <br><br> **PO Box 81226** <br><br> **Seattle, WA 98109-5210** |
| | State the term remaining | **2 months** | |
| | List the contract number of any government contract | | |
| **2.3** | State what the contract or lease is for and the nature of the debtor's interest | **Amazon Logistics Delivery Service Partner Program Agreement** <br><br> **Contract to be ASSUMED** | **Amazon Logistics, Inc.** <br><br> **Attn: Director, Amazon Logistics** <br><br> **PO Box 81226** <br><br> **Seattle, WA 98109-5210** |
| | State the term remaining | **15 months** | |
| | List the contract number of any government contract | | |
| **2.4** | State what the contract or lease is for and the nature of the debtor's interest | **Accounting Services** <br><br> **Contract to be REJECTED** | **The Tax Planning Pros** <br><br> **5 Cowboys Way** <br><br> **Frisco, TX 75034** |
| | State the term remaining | **Unknown** | |
| | List the contract number of any government contract | | |

Debtor    **Lone Star Logistics and Delivery, LLC**
Name

Case number *(if known)*

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| **2.5** | State what the contract or lease is for and the nature of the debtor's interest | **Lease of Fleet Vans (30 Vans)** | **Wheels** |
| | | **Contract to be ASSUMED** | **Formerly Lease Plan USA Inc.** |
| | State the term remaining | **Various remaining lease terms as detailed in Exhibit A to Debtor's Schedules** | **PO Box 978763** |
| | List the contract number of any government contract | | **Dallas, TX 75397-8763** |
| **2.6** | State what the contract or lease is for and the nature of the debtor's interest | **Lease of Fleet Vans (40 vans)** | **Xcelerate** |
| | | **Contract to be ASSUMED** | **Formerly Element Fleet** |
| | State the term remaining | **Various remaining lease terms as detailed in Exhibit A to Debtor's Schedules** | **9350 Excelsior Blvd. Suite 400** |
| | List the contract number of any government contract | | **Hopkins, MN 55343** |

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **Lone Star Logistics and Delivery, LLC** |
| United States Bankruptcy Court for the: | **Eastern** District of **Texas** (State) |
| Case number (If known): | |

☐ Check if this is an amended filing

Official Form 206H

# Schedule H: Codebtors

12/15

**Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.**

**1.   Does the debtor have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

☑ Yes

**2.   In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, _Schedules D-G._** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing address** | **Name** | *Check all schedules that apply:* |
| 2.1 | **Blackmire Realty Inv. Florida, LLC** | **5211 Spanish Oaks Drive** Street<br><br>**Frisco, TX 75034** City        State        ZIP Code | **Highland Hill Capital LLC** | ☑ D<br>☐ E/F<br>☐ G |
| 2.2 | **Blackmire, Brian Anthony** | **5211 Spanish Oaks** Street<br><br>**Frisco, TX 75034** City        State        ZIP Code | **G M Financial** | ☑ D<br>☐ E/F<br>☐ G |
| | | | **Ally Financial** | ☑ D<br>☐ E/F<br>☐ G |
| | | | **Highland Hill Capital LLC** | ☑ D<br>☐ E/F<br>☐ G |
| | | | **Highland Hill Capital LLC** | ☑ D<br>☐ E/F<br>☐ G |
| | | | **RDM Capital Funding, LLC** | ☑ D<br>☐ E/F<br>☐ G |
| | | | **National Funding, Inc.** | ☑ D<br>☐ E/F<br>☐ G |

Debtor    **Lone Star Logistics and Delivery, LLC**          Case number (if known) _____
Name

## Additional Page if Debtor Has More Codebtors

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| Column 1: Codebtor | | Column 2: Creditor | |
|---|---|---|---|
| **Name** | **Mailing address** | **Name** | Check all schedules that apply: |
| | | **Capital One** | ☐ D ☑ E/F ☐ G |
| | | **Headway Capital, LLC** | ☑ D ☐ E/F ☐ G |
| 2.3 _____ | Street _____ _____ City   State   ZIP Code | _____ | ☐ D ☐ E/F ☐ G |
| 2.4 _____ | Street _____ _____ City   State   ZIP Code | _____ | ☐ D ☐ E/F ☐ G |
| 2.5 _____ | Street _____ _____ City   State   ZIP Code | _____ | ☐ D ☐ E/F ☐ G |
| 2.6 _____ | Street _____ _____ City   State   ZIP Code | _____ | ☐ D ☐ E/F ☐ G |

Official Form 206H                    **Schedule H: Codebtors**                    page __2__ of __2__

**Fill in this information to identify the case:**

Debtor name          **Lone Star Logistics and Delivery, LLC**

United States Bankruptcy Court for the:

**Eastern District of Texas**

Case number (if known): _____          Chapter __11__

☐ Check if this is an
amended filing

## Official Form 206Sum

# Summary of Assets and Liabilities for Non-Individuals

**12/15**

**Part 1:** Summary of Assets

1. ***Schedule A/B: Assets–Real and Personal Property*** (Official Form 206A/B)

   1a. **Real Property:**

   Copy line 88 from *Schedule A/B*............................................................................................ | **$0.00**

   1b. **Total personal property:**

   Copy line 91A from *Schedule A/B*......................................................................................... | **$695,609.38**

   1c. **Total of all property:**

   Copy line 92 from *Schedule A/B*........................................................................................... | **$695,609.38**

**Part 2:** Summary of Liabilities

2. ***Schedule D: Creditors Who Have Claims Secured by Property*** (Official Form 206D)

   Copy the total dollar amount listed in Column A, *Amount of claim*, from line 3 of *Schedule D*................. | **$873,845.93**

3. ***Schedule E/F: Creditors Who Have Unsecured Claims*** (Official Form 206E/F)

   3a. **Total claim amounts of priority unsecured claims:**

   Copy the total claims from Part 1 from line 5a of *Schedule E/F*.................................................................... | **$0.00**

   3b. **Total amount of claims of non-priority amount of unsecured claims:**

   Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*..................................................... | **+    $14,587.71**

4. **Total liabilities**........................................................................................................................ | **$888,433.64**

   Lines 2 + 3a + 3b

**Fill in this information to identify the case:**

Debtor name **Lone Star Logistics and Delivery, LLC**

United States Bankruptcy Court for the:

**Eastern District of Texas**

Case number (if known): _____

☐ Check if this is an amended filing

## Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors 12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime.** Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct.

☑ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

☑ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

☑ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

☑ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

☑ *Schedule H: Codebtors* (Official Form 206H)

☑ *A Summary of Assets and Liabilities for Non-Individuals* (Official Form 206A-Summary)

☐ *Amended Schedule* _____

☑ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☑ Other document that requires a declaration **List of Equity Security Holders** _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **06/07/2024**
MM/ DD/ YYYY

X **/s/ Brian Anthony Blackmire** _____
Signature of individual signing on behalf of debtor

**Brian Anthony Blackmire** _____
Printed name

**Director and Owner** _____
Position or relationship to debtor

| Fill in this information to identify the case: |
| :--- |
| Debtor name __**Lone Star Logistics and Delivery, LLC**__ |
| United States Bankruptcy Court for the: |
| __**Eastern District of Texas**__ |
| Case number (if known): _____ |

☐ Check if this is an amended filing

## Official Form 207

# Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy   04/22

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**

## Part 1:   Income

**1.   Gross revenue from business**

☐ None

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
| :--- | :--- | :--- | ---: |
| **From the beginning of the fiscal year to filing date:** | From __**01/01/2024**__   to   Filing date<br>MM/ DD/ YYYY | ☑ Operating a business<br>☐ Other _____ | __**$2,207,013.18**__ |
| **For prior year:** | From __**01/01/2023**__   to   __**12/31/2023**__<br>MM/ DD/ YYYY   MM/ DD/ YYYY | ☑ Operating a business<br>☐ Other _____ | __**$6,133,067.13**__ |
| **For the year before that:** | From __**01/01/2022**__   to   __**12/31/2022**__<br>MM/ DD/ YYYY   MM/ DD/ YYYY | ☑ Operating a business<br>☐ Other _____ | __**$5,655,221.75**__ |

**2.   Non-business revenue**

Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

☐ None

| | | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
| :--- | :--- | :--- | ---: |
| **From the beginning of the fiscal year to filing date:** | From __**01/01/2024**__   to   Filing date<br>MM/ DD/ YYYY | **Auto Insurance Refund** | **$60,464.68** |
| **For prior year:** | From __**01/01/2023**__   to   __**12/31/2023**__<br>MM/ DD/ YYYY   MM/ DD/ YYYY | **Federal Employee Retention Credit** | **$820,069.69** |
| **For the year before that:** | From __**01/01/2022**__   to   __**12/31/2022**__<br>MM/ DD/ YYYY   MM/ DD/ YYYY | **Federal Paycheck Protection Plan Funds** | **$383,050.29** |

| Part 2: | List Certain Transfers Made Before Filing for Bankruptcy |
|---|---|

**3.**    **Certain payments or transfers to creditors within 90 days before filing this case**

List payments or transfers—including expense reimbursements—to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☐ None

| Creditor's name and address | Dates | Total amount or value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|
| 3.1. **Capital One**<br>Creditor's name<br>**PO Box 60519**<br>Street<br><br>**City of Industry, CA 91716-0519**<br>City    State    ZIP Code | **90 days pre-petition** | **$38,240.29** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☑ Other **Credit Card Payments** |
| 3.2. **Ally Financial**<br>Creditor's name<br>**PO Box 380901**<br>Street<br><br>**Bloomington, MN 55438**<br>City    State    ZIP Code | **3/6/24**<br>**4/8/24**<br>**5/7/24** | **$9,600.00** | ☑ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other |
| 3.3. **Highland Hill Capital LLC**<br>Creditor's name<br>**1100 Park Central Blvd. S. Suite 1200**<br>Street<br><br>**Pompano Beach, FL 33064**<br>City    State    ZIP Code | **90 days pre-petition** | **$47,857.50** | ☑ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other |
| 3.4. **RDM Capital Funding, LLC**<br>Creditor's name<br>**777 Passaic Ave. Suite 375**<br>Street<br>**D/B/A FinTap**<br>**Clifton, NJ 07012**<br>City    State    ZIP Code | **90 days pre-petition** | **$38,125.00** | ☑ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other |
| 3.5. **National Funding, Inc.**<br>Creditor's name<br>**9530 Towne Centre Drive Suite 120**<br>Street<br><br>**San Diego, CA 92121**<br>City    State    ZIP Code | **90 days pre-petition** | **$41,761.35** | ☑ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other |

Debtor  **Lone Star Logistics and Delivery, LLC**  Case number *(if known)* _____
_____
Name

---

**4.  Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or co-signed by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☑ None

| Insider's name and address | Dates | Total amount or value | Reasons for payment or transfer |
|---|---|---|---|
| 4.1. _____ <br> Creditor's name <br> _____ <br> Street <br> _____ <br> _____ <br> City  State  ZIP Code | _____ <br> _____ <br> _____ | _____ | _____ <br> _____ <br> _____ |
| **Relationship to debtor** <br> _____ | | | |

---

**5.  Repossessions, foreclosures, and returns**

List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

☑ None

| Creditor's name and address | Description of the property | Date | Value of property |
|---|---|---|---|
| 5.1. _____ <br> Creditor's name <br> _____ <br> Street <br> _____ <br> _____ <br> City  State  ZIP Code | _____ | _____ | _____ |

---

**6.  Setoffs**

List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

☑ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|
| 6.1. _____ <br> Creditor's name <br> _____ <br> Street <br> _____ <br> _____ <br> City  State  ZIP Code | _____ <br> XXXX– __ __ __ __ | _____ | _____ |

---

Official Form 207  **Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**  page **3**

Debtor  **Lone Star Logistics and Delivery, LLC**
Name

Case number *(if known)*

| Part 3: | Legal Actions or Assignments |
|---|---|

**7.  Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**

List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None

7.1.

| Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| **Highland Hill Capital LLC vs. Lone Star Logistics and Delivery LLC d/b/a Lone Star Logistics and Delivery, Blackmore Realty Investments Florida, LLC and Brian Anthony Blackmore** | **Collections Action** | **Supreme Court of the State of New York County of Monroe**<br>Name<br><br>**99 Exchange Blvd. #545**<br>Street<br><br>**Rochester, NY 14614**<br>City          State     ZIP Code | ☑ Pending<br>☐ On appeal<br>☐ Concluded |

| Case number |
|---|
| **E2024007092** |

7.2.

| Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| **RDM Capital Funding LLC DBA Fintap vs. Lone Star Logistics and Delivery LLC and Brian Blackmore** | **Collections Action** | **Supreme Court of the State of New York County of Monroe**<br>Name<br><br>**99 Exchange Blvd. #545**<br>Street<br><br>**Rochester, NY 14614**<br>City          State     ZIP Code | ☑ Pending<br>☐ On appeal<br>☐ Concluded |

| Case number |
|---|
| **E2024009194** |

**8.  Assignments and receivership**

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

☑ None

8.1.

| Custodian's name and address | Description of the property | Value |
|---|---|---|
| Custodian's name<br><br>Street<br><br>City          State     ZIP Code | **Case title**<br><br>**Case number**<br><br>**Date of order or assignment** | **Court name and address**<br>Name<br><br>Street<br><br>City          State     ZIP Code |

| Part 4: | Certain Gifts and Charitable Contributions |
|---|---|

**9.  List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

☐ None

Debtor   **Lone Star Logistics and Delivery, LLC**                                Case number *(if known)* _____

   Name

| 9.1. | Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|---|

**Elevate Life Church**                    **Cash Gift**                               **1/23/23**         **$115,828.28**
Recipient's name

**8500 Teel Parkway**
Street



**Frisco, TX 75034**
City                State    ZIP Code

Recipient's relationship to debtor

**None**

---

**Part 5:**   Certain Losses

**10. All losses from fire, theft, or other casualty within 1 year before filing this case.**

☑ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss | Date of loss | Value of property lost |
|---|---|---|---|
| | If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received. | | |
| | List unpaid claims on Official Form 106A/B (*Schedule A/B: Assets – Real and Personal Property*). | | |
| 10.1. | | | |

---

**Part 6:**   Certain Payments or Transfers

**11. Payments related to bankruptcy**

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None

| 11.1. | Who was paid or who received the transfer? | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|

**DeMarco Mitchell, PLLC**                   **Attorney's Fee**                          **5/31/2024**        **$8,262.00**

Address

**500 N. Central Expressway Suite 500**
Street



**Plano, TX 75074**
City                State    ZIP Code

Email or website address

**www.demarcomitchell.com**

Who made the payment, if not debtor?

_____

Debtor  **Lone Star Logistics and Delivery, LLC**                                    Case number *(if known)*
_____
Name

| 11.2. | Who was paid or who received the transfer? | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| | **Second Wind Consultants** | **Cash payment** | **4/25/24** | **$5,000.00** |
| | **Address** | | | |
| | **17 New South Street Suite 304** | | | |
| | Street | | | |
| | | | | |
| | **Northampton, MA 01060** | | | |
| | City                    State      ZIP Code | | | |
| | **Email or website address** | | | |
| | **https://secondwindconsultants.com** | | | |
| | **Who made the payment, if not debtor?** | | | |

**12. Self-settled trusts of which the debtor is a beneficiary**

List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.

Do not include transfers already listed on this statement.

☑ None

| 12.1. | Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|---|
| | | | | |
| | **Trustee** | | | |
| | | | | |

**13. Transfers not already listed on this statement**

List any transfers of money or other property—by sale, trade, or any other means—made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☑ None

| 13.1. | Who received the transfer? | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|---|
| | | | | |

**Address**

Street

City                State    ZIP Code

**Relationship to debtor**

---

### Part 7:  Previous Locations

**14. Previous addresses**

List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☑ Does not apply

| Address | Dates of occupancy |
|---|---|
| 14.1. Street | From _____ To _____ |
| City                State    ZIP Code | |

---

### Part 8:  Health Care Bankruptcies

**15. Health Care bankruptcies**

Is the debtor primarily engaged in offering services and facilities for:
—diagnosing or treating injury, deformity, or disease, or
—providing any surgical, psychiatric, drug treatment, or obstetric care?

☑ No. Go to Part 9.

☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|
| 15.1. Facility name | | |
| Street | Location where patient records are maintained (if different from facility address). If electronic, identify any service provider. | How are records kept? |
| City                State    ZIP Code | | *Check all that apply:* ☐ Electronically ☐ Paper |

---

| Part 9: | Personally Identifiable Information |
|---|---|

**16.  Does the debtor collect and retain personally identifiable information of customers?**

☑ No.

☐ Yes. State the nature of the information collected and retained. _____

Does the debtor have a privacy policy about that information?

☐ No

☐ Yes

**17.  Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b) or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☐ No. Go to Part 10.

☑ Yes. Does the debtor serve as plan administrator?

☑ No. Go to Part 10.

☐ Yes. Fill in below:

| Name of plan | Employer identification number of the plan |
|---|---|
| _____ | EIN: _ _ – _ _ _ _ _ _ _ |

Has the plan been terminated?

☐ No

☐ Yes

| Part 10: | Certain Financial Accounts, Safe Deposit Boxes, and Storage Units |
|---|---|

**18.  Closed financial accounts**

Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☑ None

| Financial institution name and address | Last 4 digits of account number | Type of account | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|
| 18.1 _____ <br> Name <br><br> _____ <br> Street <br><br> _____ <br><br> _____ <br> City      State    ZIP Code | XXXX– _ _ _ _ | ☐ Checking <br> ☐ Savings <br> ☐ Money market <br> ☐ Brokerage <br> ☐ Other <br> _____ | _____ | _____ |

**19.  Safe deposit boxes**

List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

☑ None

Debtor    Lone Star Logistics and Delivery, LLC      Case number *(if known)* _____

Name

| 19.1 | Depository institution name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|---|
| | | | | ☐ No |
| | Name _____ | | | ☐ Yes |
| | Street _____ | | | |
| | _____ | **Address** | | |
| | City ___ State ___ ZIP Code | | | |

**20. Off-premises storage**

List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☑ None

| 20.1 | Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|---|
| | | | | ☐ No |
| | Name _____ | | | ☐ Yes |
| | Street _____ | | | |
| | _____ | **Address** | | |
| | City ___ State ___ ZIP Code | | | |

---

**Part 11:** Property the Debtor Holds or Controls That the Debtor Does Not Own

**21. Property held for another**

List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☑ None

| Owner's name and address | Location of the property | Description of the property | Value |
|---|---|---|---|
| | | | _____ |
| Name _____ | | | |
| Street _____ | | | |
| _____ | | | |
| City ___ State ___ ZIP Code | | | |

---

**Part 12:** Details About Environmental Information

For the purpose of Part 12, the following definitions apply:

■ *Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

■ *Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

■ *Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

Debtor **Lone Star Logistics and Delivery, LLC** Case number *(if known)* _____

Name _____

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

**22. Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

☑ No

☐ Yes. Provide details below.

| Case title | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|
| _____ | Name _____ | _____ | ☐ Pending |
| Case number | Street _____ | _____ | ☐ On appeal |
| _____ | _____ City          State    ZIP Code | _____ | ☐ Concluded |

**23. Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

☑ No

☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| Name _____ | Name _____ | _____ | _____ |
| Street _____ | Street _____ | _____ | |
| _____ City          State    ZIP Code | _____ City          State    ZIP Code | _____ | |

**24. Has the debtor notified any governmental unit of any release of hazardous material?**

☑ No

☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| Name _____ | Name _____ | _____ | _____ |
| Street _____ | Street _____ | _____ | |
| _____ City          State    ZIP Code | _____ City          State    ZIP Code | _____ | |

| Part 13: | Details About the Debtor's Business or Connections to Any Business |
|---|---|

**25. Other businesses in which the debtor has or has had an interest**

List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

☑ None

Debtor  **Lone Star Logistics and Delivery, LLC**                     Case number *(if known)* _____

Name

| Business name and address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN. |
|---|---|---|

25.1.

Name

Street

City          State     ZIP Code

EIN: __ __ – __ __ __ __ __ __ __

**Dates business existed**

From _____   To _____

## 26. Books, records, and financial statements

26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| Name and address | Dates of service |
|---|---|
| 26a.1. **The Tax Planning Pros**<br>Name<br>**6170 Research Road**<br>Street<br><br>**Frisco, TX 75033**<br>City          State     ZIP Code | From **12/20/2023**  To **Present** |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☑ None

| Name and address | Dates of service |
|---|---|
| 26b.1.<br>Name<br><br>Street<br><br>City          State     ZIP Code | From _____   To _____ |

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☑ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1.<br>Name<br><br>Street<br><br>City          State     ZIP Code | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☑ None

| Name and address |
| --- |

26d.1.

Name _____

Street _____

_____

City                    State         ZIP Code

## 27. Inventories

Have any inventories of the debtor's property been taken within 2 years before filing this case?

☑ No

☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
| --- | --- | --- |
| | | |

| Name and address of the person who has possession of inventory records |
| --- |

27.1.

Name _____

Street _____

_____

City                    State         ZIP Code

## 28. List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.

| Name | Address | Position and nature of any interest | % of interest, if any |
| --- | --- | --- | --- |
| **Blackmire, Brian Anthony** | **5211 Spanish Oaks Frisco, TX 75034** | **Owner & Director,** | **100.00%** |

## 29. Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?

☑ No

☐ Yes. Identify below.

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
| --- | --- | --- | --- |
| | | , | From _____ To _____ |

## 30. Payments, distributions, or withdrawals credited or given to insiders

Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No

☑ Yes. Identify below.

Debtor  **Lone Star Logistics and Delivery, LLC**

Case 24-41357   Doc 1   Filed 06/07/24   Entered 06/07/24 13:15:56   Desc Main
                        Document      Page 53 of 65   Case number *(if known)*
Name

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|

30.1. **Blackmire, Brian Anthony**
Name

**5211 Spanish Oaks**
Street


**Frisco, TX 75034**
City                    State        ZIP Code

Amount: **$1,008,962.53**

Dates: **12 month period pre-petition**

Reason: **Salary and performance bonuses**

Relationship to debtor

**Owner & Director of Debtor**

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|

30.2. **Brandii Blackmire**
Name

**5211 Spanish Oaks**
Street


**Frisco, TX 75034**
City                    State        ZIP Code

Amount: **$130,000.00**

Dates: **12 month period pre-petition**

Reason: **Annual Salary**

Relationship to debtor

**Spouse**

**31.** Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?

☑ No

☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|
|  | EIN: __ __ – __ __ __ __ __ __ __ |

**32.** Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?

☑ No

☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|---|---|
|  | EIN: __ __ – __ __ __ __ __ __ __ |

**Part 14:** Signature and Declaration

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **06/07/2024**
              MM/ DD/ YYYY

Debtor    **Lone Star Logistics and Delivery, LLC**                                    Case number *(if known)*
Name

**X** **/s/ Brian Anthony Blackmire**                    Printed name        **Brian Anthony Blackmire**
Signature of individual signing on behalf of the debtor


Position or relationship to debtor    **Director and Owner**


**Are additional pages to** *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* **(Official Form 207) attached?**

☑ No
☐ Yes

Fill in this information to identify the case:

Debtor name **Lone Star Logistics and Delivery, LLC**

United States Bankruptcy Court for the:

**Eastern District of Texas**

Case number (if known): _____

☐ Check if this is an
amended filing

## Official Form 204

# Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an *insider*, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| 1 | Capital One PO Box 60519 City of Industry, CA 91716-0519 | | Credit Card | | | | $14,587.71 |
| 2 | G M Financial 801 Cherry Street Suite 3600 Fort Worth, TX 76102 | | Purchase Money Lien Perfected by Notation on Certificate of Title | | $122,187.91 | $90,000.00 | $32,187.91 |
| 3 | RDM Capital Funding, LLC D/B/A FinTap 777 Passaic Ave. Suite 375 Clifton, NJ 07012 | | Security interest perfected by filing of UCC1 financing statement | | $226,560.00 | $346,253.00 | $215,270.73 |
| 4 | | | | | | | |
| 5 | | | | | | | |
| 6 | | | | | | | |
| 7 | | | | | | | |
| 8 | | | | | | | |

Debtor **Lone Star Logistics and Delivery, LLC**
_____
Name

Case number *(if known)* _____

| Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| 9 | | | | | | |
| 10 | | | | | | |
| 11 | | | | | | |
| 12 | | | | | | |
| 13 | | | | | | |
| 14 | | | | | | |
| 15 | | | | | | |
| 16 | | | | | | |
| 17 | | | | | | |
| 18 | | | | | | |
| 19 | | | | | | |
| 20 | | | | | | |

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF TEXAS
# SHERMAN DIVISION

IN RE:                                                         CHAPTER  11

**Lone Star Logistics and Delivery, LLC**

DEBTOR(S)                                                      CASE NO

### LIST OF EQUITY SECURITY HOLDERS

| Registered Name of Holder of Security Last Known Address or Place of Business | Class of Security | Number Registered | Kind of Interest Registered |
|---|---|---|---|
| **Brian Blackmire** 5211 Spanish Oaks Frisco, TX 75034 | Sole Shareholder | | 100% |

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the _____**Director and Owner**_____ of the _____**Nonpublic Corporation**_____
named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true
and correct to the best of my information and belief.

Date: **06/07/2024**_____         Signature: **/s/ Brian Anthony Blackmire**_____
                                                              *Brian Anthony Blackmire, Director and Owner*

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
### Eastern District of Texas

**In re**   Lone Star Logistics and Delivery, LLC

Case No. _____

**Debtor**                                                      Chapter _____ **11** _____

### DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1.    Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

For legal services, I have agreed to accept .................................................................................. __**$8,262.00**__

Prior to the filing of this statement I have received ................................................................ __**$8,262.00**__

Balance Due ........................................................................................................................ __**$0.00**__

2.    The source of the compensation paid to me was:

☑ Debtor            ☐ Other (specify)

3.    The source of compensation to be paid to me is:

☑ Debtor            ☐ Other (specify)

4.    ☑  I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

☐  I have agreed to share the above-disclosed compensation with a other person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

5.    In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

a.    Analysis of the debtor' s financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;

b.    Preparation and filing of any petition, schedules, statements of affairs and plan which may be required;

c.    Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;

6.    By agreement with the debtor(s), the above-disclosed fee does not include the following services:

B2030 (Form 2030) (12/15)

---

CERTIFICATION

    I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

| | |
|---|---|
| __06/07/2024__ | __/s/ Michael S. Mitchell__ |
| *Date* | Michael S. Mitchell |
| | *Signature of Attorney* |
| | Bar Number: 00788065 |
| | DeMarco Mitchell, PLLC |
| | 500 N. Central Expressway Suite 500 |
| | Plano, TX 75074 |
| | Phone: (972) 578-1400 |
| | |
| | __DeMarco Mitchell, PLLC__ |
| | *Name of law firm* |

---

Date:   __06/07/2024__            __/s/ Brian Anthony Blackmire__

                                     **Brian Anthony Blackmire**

**IN THE UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF TEXAS**
**SHERMAN DIVISION**

IN RE: **Lone Star Logistics and Delivery, LLC**                    CASE NO

                                                                   CHAPTER **11**


### VERIFICATION OF CREDITOR MATRIX

The above named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.


Date ___**06/07/2024**___     Signature _____**/s/ Brian Anthony Blackmire**_____

                                        Brian Anthony Blackmire, Director and Owner

Advanced Recovery Group
Attn: Ekrem Hajra
30 Two Bridges Road Suite 100
Fairfield, NJ 07004


Ally Financial
PO Box 380901
Bloomington, MN 55438


Amazon Logistics, Inc.
Attn: General Counsel
Po Box 81226
Seattle, WA 98109-5210


Amazon Logistics, Inc.
Attn: Director, Amazon Logistics
PO Box 81226
Seattle, WA 98109-5210


AWN&R Commercial Law
Group, PLLC
Attn: Jeffrey Parrella, Esq.
14 Wall Street, 20th Floor
New York, NY 10005


Blackmire Realty Inv. Florida,
LLC
5211 Spanish Oaks Drive
Frisco, TX 75034


Brian Anthony Blackmire
5211 Spanish Oaks
Frisco, TX 75034


Capital One
PO Box 60519
City of Industry, CA 91716-0519

City of Frisco
6101 Frisco Square Blvd.
Frisco, TX 75034


Comptroller of Public
Accounts
Austin, TX 78774-0100
111 E. 17th Street


Corporation Service Company,
As Rep.
Po Box 2576
Springfield, IL 62708


CSC, As Representative
PO Box 2576
Springfield, IL 62708


David Fogel, PC
c/o David Fogel, Esq.
1225 Franklin Ave Ste. 201
Garden City, NY 11530


Davis Wright Tremaine, LLP
Attn: Alex Rivera
920 5th Avenue Suite 3300
Seattle, WA 98104-1610


Denton County Tax
Assessor/Collector
1505 E. McKinney Street
Denton, TX 76209-4525


Frisco ISD
C/O Perdue, Brandon et al
1919 S. Shiloh Road Suite 640, LB 40
Garland, TX 75042

G M Financial
801 Cherry Street Suite 3600
Fort Worth, TX 76102


GM Financial
801 Cherry Street Suite 3600
Fort Worth, TX 76102


Headway Capital, LLC
Attn: Bankruptcy Notice
175 W. Jackson Blvd. Suite 1000
Chicago, IL 60604


Headway Capital, LLC
C/O National Registered Agents, Inc.
1999 Bryan Street Suite 900
Dallas, TX 75201


Highland Hill Capital LLC
1100 Park Central Blvd. S. Suite 1200
Pompano Beach, FL 33064


Human Interest, Inc.
Attn: William Crabill
2675 W. 600 N. Suite 200
Lindon, UT 84042


Internal Revenue Service
Central Insolvency Operations
PO Box 7346
Philadelphia, PA 19101-7346


Linebarger, Goggan, Blair &
Sampson, LLP
2777 N Stemmons Fwy Ste 1000
Dallas, TX 75207-2328

National Funding
Attn: Jennifer Agriesti
4380 La Jolla Village Dr.
San Diego, CA 92122


National Funding, Inc.
9530 Towne Centre Drive Suite 120
San Diego, CA 92121


National Funding, Inc.
4380 La Jolla Village Drive
San Diego, CA 92122


National Funding, Inc.
9820 Towne Centre Drive
San Diego, CA 92121


RDM Capital Funding, LLC
D/B/A FinTap
777 Passaic Ave. Suite 375
Clifton, NJ 07012


Texas Workforce Commission
TEC Building - Bankruptcy
101 E 15th St
Austin, TX 78778-1442


The Tax Planning Pros
5 Cowboys Way
Frisco, TX 75034


U.S. Securities and Exchange
Commission
801 Cherry Street Suite 1900, Unit 18
Fort Worth, TX 76102

United States Attorney's
Office
110 N. College Avenue Suite 700
Tyler, TX 75702-0204


United States Trustee
110 North College Ave. Room 300
Tyler, TX 75702


Wheels
Formerly Lease Plan USA Inc.
PO Box 978763
Dallas, TX 75397-8763


Xcelerate
Formerly Element Fleet
9350 Excelsior Blvd. Suite 400
Hopkins, MN 55343