**DeMarco•Mitchell, PLLC**
Robert T. DeMarco
Michael S. Mitchell
500 N. Central Expressway
Suite 500
Plano, TX 75074
**T**  972-578-1400
**F**  972-346-6791

### IN THE UNITED STATES BANKRUPTCY COURT
### EASTERN DISTRICT OF TEXAS
### SHERMAN DIVISION

| | |
|---|---|
| **IN RE:** | **Case No.**       **24-41357-R** |
| **Lone Star Logistics and Delivery, LLC**<br>84-2917608<br>5211 Spanish Oaks<br>Frisco, TX 75034 | |
| | **Chapter**       **11** |
| **Debtor** | |

### DEBTOR'S SUBCHAPTER V STATUS REPORT
### [11 U.S.C. § 1188(c)]

**TO THE HONORABLE UNITED STATES BANKRUPTCY COURT:**

**COMES NOW** Lone Star Logistics and Delivery, LLC, Debtor and Debtor in possession in the above-styled and numbered Chapter 11 case (the "**Debtor**") and, in accordance with the provisions of 11 U.S.C. §1188(c), files this *Debtor's Subchapter V Status Report* (the "**Report**") and would respectfully show the Court as follows:

### I.       BACKGROUND

1.       This case was commenced by the filing of a voluntary petition under Chapter 11 of the United States Bankruptcy Code on June 7, 2024 (the "**Petition Date**").

2.       On that same date the Debtor filed its required schedules and statements along with all documents required by the provisions of 11 U.S.C. §1116 [Docket Entries No. 1, 3, 4 and 5].

3.      One June 10, 2024, the Debtor filed its first day motions, seeking permission to utilize the cash collateral of various secured lenders and seeking permission to pay certain pre-petition wage and tax claims.

4.      On June 10, 2024 the Office of the United States Trustee appointed Mark A. Weisbart as the SubChapter V Trustee (the "SubV Trustee") for the case pursuant to 11 U.S.C. §1183 [Docket Entry No. 12].

5.      On June 13, 2024 the Court conducted hearings on the Debtor's first day motions. An interim order on the Debtor's cash collateral motion, and a final order on the wage/tax motion, were entered thereafter [Docket Entries No. 22 and 19 respectively].  A second interim order on the Debtor's cash collateral motion was entered on June 20, 2024 (Docket Entry No. 27].

6.      On June 14, 2024 the Debtor filed its *Application for Order Authorizing Employment of DeMarco·Mitchell, PLLC as Counsel for the Debtor* [Docket Entry No. 21].

7.      On July 2, 2024 the Debtor's representative attended the required Initial Interview with the United States Trustee.  The meeting of creditors required by 11 U.S.C. §362 is to be held on July 10, 2024.

8.      Notice of the §1188(b) Status Conference was served by the Clerk of the Court on June 17, 2024 [Docket Entry No. 24].

9.      This Status Report was timely filed on July 8, 2024 and copies of said report were served upon all parties in interest in the case on that same date.

## II.    DEADLINES

10.    Sections 1181-1195 of Title 11 of the United States Code ("**SBRA**") are intended to "streamline the process by which small business debtors reorganize and rehabilitate their financial affairs."  Report of Committee on the Judiciary, House of Representatives, Report 116-171, 116th Cong., 1st Sess., on Small Business Reorganization Act of 2019, page 1.  As such, there are certain deadlines that must be achieved, which deadlines may be extended only if "the need for an extension is attributable to circumstances for which the debtor should not justly be held accountable."  *See e.g.* 11 U.S.C. §§ 1188(b) (court status conference within 60 days of the petition date), 1188(c) (debtor shall file and serve a report on efforts undertaken to obtain a consensual plan 14 days prior to the § 1188(b) status conference), and 1189(b) (debtor shall file a plan within 90 days of the petition date).

11.    The Court, in accord with the foregoing, selected an appropriate date for the required status conference and, as noted above, notice of the date and time of this status conference was provided by the Clerk of the Court on June 17, 2024 [Docket Entry No. 24].

12.    The Section 1188 and 1189 dates and deadlines are as follows:

Debtor's Report:         July 9, 2024
Status Conference:       July 23, 2024
Plan filing deadline:    September 5, 2024

13.    The deadlines for filing proofs of claim remain unaltered, have been established by this Court [Docket Entry No. 20], and are as follows:

Deadline for non-governmental entities:    August 16, 2024
Deadline for governmental entities:        December 4, 2024

### III.    OFFER TO ACHIEVE CONSENSUAL PLAN OF REORGANIZATION

14.    One of the objectives of SBRA is to facilitate a consensual plan of reorganization by and between the debtor and its creditors.  This Report is filed and served upon all interested parties in an effort to achieve that goal.

### IV.    PLAN PROPOSAL

15.    The following is the Debtor's initial plan proposal for its creditors and is **subject to Federal Rule of Evidence 408**.  For purposes of this proposal, the term "Allowed Secured Claim" is defined as a claim that is both allowed pursuant to the provisions of 11 U.S.C. §§502 and 506 in that it has not been objected to by the Debtor and is secured by property of the Debtor's bankruptcy estate.

### Summary of Proposed Plan Treatment

**Unclassified Administrative Expense Claims:**

| Type | Estimated Amount | Treatment |
|---|---|---|
| Subchapter V Trustee | $3,500.00 | $1,000.00 initial deposit to be paid in July, 2024 with balance, estimated herein at $2,500.00, to be paid upon, or within thirty (30) days of the Effective Date of the Plan. |

**Priority Tax Claims:**

| Description | Estimated Amount | Date Assessed | Treatment |
|---|---|---|---|
| Department of the Treasury – Internal Revenue Service | $5,000.00 | 2nd quarter 2024 (estimated) | Paid in full in the ordinary course of the business affairs of the Debtor. |

**Secured Claims:**

| CLASS | DESCRIPTION | IMPAIRED | METHOD OF PAYMENT | ESTIMATED ALLOWED SECURED CLAIM | ESTIMATED DISTRIBUTION |
|---|---|---|---|---|---|
| Class 1A | Secured *Ad Valorem* Property Tax Claims (Including, but not limited to, Collin County, the City of Frisco and the Frisco I.S.D.) | NO | Paid in the ordinary course of business prior to the state law delinquency date. The holders of Class 1 Claims shall retain the liens that secure all amounts ultimately owed for tax year 2020. | $100.00 | $100.00 |
| Class 1B | Secured Claims of Highland Hill Capital, LLC | YES | Paid in seventeen (17) equal monthly installments of $7,000.00 each commencing July 15, 2024 with a final installment of $5,626.20, due on December 15, 2025. | $190,168.60[1] | $190,168.60 |
| Class 1C | Secured Claim of Headway Capital, LLC | YES | Paid via monthly disbursements at an interest rate of 4.25% over a term of sixty (60) months from the Effective Date of the Plan. | $66,976.60[2] | $74,463.00 |
| Class 1D | Secured Claim of RDM Capital Funding, LLC, dba FInTap | YES | Secured portion of claim paid via monthly disbursements at an interest rate of 4.25% over a term of sixty (60) months from the Effective Date of the Plan. | $11,289.27[3] | $12,551.40 |
| Class 1E | Secured Claim of Ally Bank | YES | Paid via monthly disbursements at an interest rate of 9.54% over a term of sixty (60) months from the Effective | $141,886.47 | $178,959.00 |

[1] Includes $65,542.40 levied creditor on or about 6/13/24 pursuant to the Stipulation filed herein at Docket #18.
[2] Based upon the date of perfection of its security interest in receivables and equipment of the Debtor as of the Petition Date, Debtor asserts that Headway Capital, LLC is a fully secured creditor herein.
[3] Based upon the date of perfection of its security interest in receivables and accounts of the Debtor as of the Petition Date, Debtor asserts that RDM Capital Funding LLC, dba FinTap held a partially secured claim bifurcated as follows: $11,289.27 secured claim and $215,270.73 general unsecured claim.

| CLASS | DESCRIPTION | IMPAIRED | METHOD OF PAYMENT | ESTIMATED ALLOWED SECURED CLAIM | ESTIMATED DISTRIBUTION |
|---|---|---|---|---|---|
| | | | Date of the Plan. | | |
| Class 1F | Secured Claim of AmeriCredit Financial Services, Inc. (6155) | YES | Paid via monthly disbursements at an interest rate of 7.68% over a term of sixty (60) months from the Effective Date of the Plan. | $31,692.15 | $38,265.60 |
| Class 1G | Secured Claim of AmeriCredit Financial Services, Inc. (9682) | YES | Paid via monthly disbursements at an interest rate of 12.830% over a term of sixty (60) months from the Effective Date of the Plan. | $122,447.27 | $166,524.60 |

## Priority Unsecured Claims (Non-Tax):

| CLASS | DESCRIPTION | IMPAIRED | METHOD OF PAYMENT | ESTIMATED TOTAL CLAIMS | ESTIMATED DISTRIBUTION |
|---|---|---|---|---|---|
| Class 2 | All Allowed Claims entitled to priority under § 507(a) of the Bankruptcy Code (except administrative expense claims under § 507(a)(2) and priority tax claims under § 507(a)(8)). | NO | N/A – no claims expected to be filed in this class | N/A | N/A |

## General Unsecured Claims:

| CLASS | DESCRIPTION | IMPAIRED | METHOD OF PAYMENT | ESTIMATED TOTAL CLAIMS | ESTIMATED DISTRIBUTION |
|---|---|---|---|---|---|
| Class 3 | All Non-priority General Unsecured Claims Allowed Under §502 of the Bankruptcy Code | YES | Pro Rata distribution from unsecured creditor pool over a total term of 60 months from the effective date, commencing in month 18 of the Plan. | Estimated @ $321,733.35 | 100% |

**Equity Interests of the Debtor:**

| CLASS | DESCRIPTION | IMPAIRED | METHOD OF PAYMENT | ESTIMATED TOTAL CLAIMS | ESTIMATED DISTRIBUTION |
|-------|-------------|----------|-------------------|------------------------|------------------------|
| Class 4 | Equity Interests of the Debtor | NO | The holders of Allowed Class 4 Interests shall retain his/her/their interests in the Reorganized Debtor. | N/A | N/A |

## V.    PRACTICAL CONSIDERATIONS

16.    As noted above, the Debtor has an obligation due and owing to Highland Hill Capital, LLC which will necessitate a monthly payment of approximately $7,000.00 per month both pre-confirmation and continuing thereafter for several months post-confirmation.

17.    However, based upon the Debtor's cash flow and projections, the Debtor believes that there will be a substantial distribution made to the unsecured creditor class.  In fact, that distribution will likely be 100%.  The Debtor will of course contribute its disposable income (as that term is defined in 11 U.S.C. § 1191(d)(2)) to the unsecured creditor class.

## VI.    CONCLUSION

The Debtor is asking you to consider the foregoing proposal and provide feedback in order to facilitate the confirmation of a consensual plan.  As referenced above, a status conference on this matter is scheduled for **Tuesday, July 23, 2024 at 10:00 a.m. CST.**  As such, the Debtor requests your input, if any, no later than close of business on **Friday July 19, 2024.**

Respectfully submitted,

Dated:  July 8, 2024

*/s/ Michael S. Mitchell*

**DeMarco•Mitchell, PLLC**
Robert T. DeMarco, Texas Bar No. 24014543
**Email**   robert@demarcomitchell.com
500 N. Central Expressway, Suite 500
Plano, TX 75074
**T**        972-578-1400
**F**        972-346-6791
**Proposed Counsel for Debtor and Debtor in Possession**

## CERTIFICATE OF SERVICE

The undersigned counsel herby certifies that true and correct copies of the foregoing pleading and all attachments were served upon all parties listed below, and upon all parties listed upon the attached mailing matrix, in accordance with applicable rules of bankruptcy procedure on this 8ᵗʰ day of July, 2024.  Where possible, service was made electronically via the Court's ECF noticing system or via facsimile transmission where a facsimile number is set forth below.  Where such electronic service was not possible, service was made via regular first-class mail.

| DEBTOR |
|---|

Lone Star Logistics and Delivery, LLC
5211 Spanish Oaks
Frisco, TX 75034

| TRUSTEES |
|---|

| | |
|---|---|
| Office of the United States Trustee | John Vardeman |
| 110 N. College Avenue, Suite 300 | Office of the United States Trustee |
| Tyler, TX 75702 | 110 N. College Avenue, Suite 300 |
| ustpregion06.ty.ecf@usdoj.gov | Tyler, TX 75702 |
| | John.m.vardeman@usdoj.gov |

Mark A. Weisbart
SubChapter V Trustee
10501 N. Central Expressway, Suite 106
Dallas, TX 75231
mweisbart@haywardfirm.com

| ADDITIONAL PARTIES IN INTEREST AND/OR PARTIES REQUESTING NOTICE |
|---|

| | |
|---|---|
| Highland Hill Capital | National Funding |
| C/O Shanna Kaminski | C/O Robert Zahradka |
| Kaminski Law, PLLC | 4380 La Jolla Village Drive |
| PO Box 247 | San Diego, CA 92122 |
| Grass Lake, MI 49240 | rzahradka@nationalfunding.com |
| skaminski@kaminskilawpllc.com | |
| | |
| Headway Capital, LLC | RDM Capital Funding, LLC, d/b/a FinTap |
| Attn:  Bankruptcy Notice | 777 Passaic Ave., Suite 375 |
| 175 W. Jackson Blvd., Suite 1000 | Clifton, NJ 07012 |
| Chicago, IL 60604 | |
| support@headwaycapital.com | |

RDM Capital Funding, LLC, d/b/a FinTap
C/O AWN&R Commercial Law Group, PLLC
Attn: Jeffrey Parrella, Esq.
14 Wall Street, 20th Floor
New York, NY 10005

RDM Capital Funding, LLC, d/b/a FinTap
C/O Ekrem Hajra
Advanced Recovery Group
30 Two Bridges Road, Suite 100
Fairfield, NJ 07004
ehajra@advancedrecoverygroup.com

Ally Bank
C/O AIS Portfolio Services, LLC
4515 N. Santa Fe Ave., Dept. APS
Oklahoma City, OK 73118
Attn: Ally Bank Department
ecfnotices@aisinfo.com

*/s/ Michael S. Mitchell*
**DeMarco•Mitchell, PLLC**
Robert T. DeMarco, Texas Bar No. 24014543
**Email**   robert@demarcomitchell.com
Michael S. Mitchell, Texas Bar No. 00788065
**Email**     mike@demarcomitchell.com
500 N. Central Expressway, Suite 500
Plano, TX 75074
**T**       972-578-1400
**F**       972-346-6791

Label Matrix for local noticing
0540-4
Case 24-41357
Eastern District of Texas
Sherman
Mon Jul  8 07:19:00 CDT 2024

AWH Commercial Law Group, PLLC
Attn:  Jeffrey Parrella, Esq.
14 Wall Street, 20th Floor
New York, NY 10005-2123

Advanced Recovery Group
Attn:  Ekrem Hajra
30 Two Bridges Road Suite 100
Fairfield, NJ 07004-1546

Ally Bank c/o AIS Portfolio Services, LLC
4515 N Santa Fe Ave. Dept. APS
Oklahoma City, OK 73118-7901

Ally Financial
PO Box 380901
Bloomington, MN 55438-0901

Amazon Logistics, Inc.
Attn:  Director, Amazon Logistics
PO Box 81226
Seattle, WA 98108-1300

Amazon Logistics, Inc.
Attn:  General Counsel
Po Box 81226
Seattle, WA 98108-1300

AmeriCredit Financial Services, Inc. dba GM
P O Box 183853
Arlington, TX 76096-3853

Blackmire Realty Inv. Florida, LLC
5211 Spanish Oaks Drive
Frisco, TX 75034-5107

Brian Anthony Blackmire
5211 Spanish Oaks
Frisco, TX 75034-5107

CSC, As Representative
PO Box 2576
Springfield, IL 62708-2576

Capital One
PO Box 60519
City of Industry, CA 91716-0519

(p)CITY OF FRISCO
P O BOX 2730
FRISCO TX 75034-0051

Comptroller of Public Accounts
Austin, TX 78774-0100
111 E. 17th Street 78774-0100

Corporation Service Company, As Rep.
Po Box 2576
Springfield, IL 62708-2576

David Fogel, PC
c/o David Fogel, Esq.
1225 Franklin Ave Ste. 201
Garden City, NY 11530-1890

Davis Wright Tremaine, LLP
Attn:  Alex Rivera
920 5th Avenue Suite 3300
Seattle, WA 98104-1610

Denton County Tax Assessor/Collector
1505 E. McKinney Street
Denton, TX 76209-4525

Frisco ISD
C/O Perdue, Brandon et al
1919 S. Shiloh Road Suite 640, LB 40
Garland, TX 75042-8234

G M Financial
801 Cherry Street Suite 3600
Fort Worth, TX 76102-6855

GM Financial
801 Cherry Street
Suite 3600
Fort Worth, TX 76102-6855

(p)HEADWAY CAPITAL
175 W JACKSON BLVD SUITE 1000
CHICAGO IL 60604-2863

Headway Capital, LLC
C/O National Registered Agents, Inc.
1999 Bryan Street Suite 900
Dallas, TX 75201-3140

Highland Hill Capital LLC
1100 Park Central Blvd. S. Suite 1200
Pompano Beach, FL 33064-2211

Human Interest, Inc.
Attn:  William Crabill
2675 W. 600 N. Suite 200
Lindon, UT 84042-1262

Internal Revenue Service
Central Insolvency Operations
PO Box 7346
Philadelphia, PA 19101-7346

Internal Revenue Service
PO Box 7346
Philadelphia, PA 19101-7346

Shanna M. Kaminski
Kaminski Law, PLLC
P.O. Box 247
Grass Lake, MI 49240-0247

Linebarger, Goggan, Blair & Sampson, LLP
2777 N Stemmons Fwy Ste 1000
Dallas, TX 75207-2328

Lone Star Logistics and Delivery, LLC
5211 Spanish Oaks
Frisco, TX 75034-5107

Michael S. Mitchell
Michael S. Mitchell
500 N. Central Expressway
Suite 500
Plano, TX 75074-6703

National Funding
Attn: Jennifer Agriesti
4380 La Jolla Village Dr.
San Diego, CA 92122-1200

National Funding, Inc
Robert Zahradka, Esq.
4380 La Jolla Village Drive
San Diego, CA 92122-1200

National Funding, Inc.
4380 La Jolla Village Drive
San Diego, CA 92122-1200

(p)NATIONAL FUNDING
ATTN ATTN ROBERT ZAHRADKA
9530 TOWNE CENTRE DR SUITE 120
SAN DIEGO CA 92121-1981

National Funding, Inc.
9820 Towne Centre Drive
San Diego, CA 92121-1912

RDM Capital Funding, LLC
D/B/A FinTap
777 Passaic Ave.
Suite 375
Clifton, NJ 07012-1875

Texas Workforce Commission
TEC Building - Bankruptcy
101 E 15th St
Austin, TX 78778-1442

The Tax Planning Pros
5 Cowboys Way
Frisco, TX 75034-2066

U.S. Attorney General
Department of Justice
Main Justice Building
10th & Constitution Ave., NW
Washington, DC 20530-0001

U.S. Securities and Exchange Commission
801 Cherry Street Suite 1900, Unit 18
Fort Worth, TX 76102-6819

US Trustee
Office of the U.S. Trustee
110 N. College Ave.
Suite 300
Tyler, TX 75702-7231

United States Attorney's Office
110 N. College Avenue Suite 700
Tyler, TX 75702-0204

United States Trustee
110 North College Ave. Room 300
Tyler, TX 75702-7231

John M. Vardeman
UST Office
110 N. College St., Suite 300
Tyler, TX 75702-7231

Mark A WEISBART (SBRA V)
Subchapter V Trustee
10501 N Central Expy Suite 106
Dallas, TX 75231-2203

Wheels
Formerly Lease Plan USA Inc.
PO Box 978763
Dallas, TX 75397-8763

Xcelerate
Formerly Element Fleet
9350 Excelsior Blvd. Suite 400
Hopkins, MN 55343-0095

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

City of Frisco
6101 Frisco Square Blvd.
Frisco, TX 75034

Headway Capital, LLC
Attn: Bankruptcy Notice
175 W. Jackson Blvd. Suite 1000
Chicago, IL 60604

National Funding, Inc.
9530 Towne Centre Drive Suite 120
San Diego, CA 92121

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(d)Ally Bank c/o AIS Portfolio Services, LLC
4515 N. Santa Fe Ave. Dept. APS
Oklahoma City, OK 73118-7901

(d)AmeriCredit Financial Services, Inc. dba G
P O Box 183853
Arlington, TX 76096-3853

(d)Capital One
PO Box 60519
City of Industry, CA 91716-0519

(d)GM Financial
801 Cherry Street Suite 3600
Fort Worth, TX 76102-6855

(u)Highland Hill Capital, LLC

(d)RDM Capital Funding, LLC
D/B/A FinTap
777 Passaic Ave. Suite 375
Clifton, NJ 07012-1875

End of Label Matrix
Mailable recipients    47
Bypassed recipients     6
Total                  53